# Exhibit D

Date: June 17, 2005

## Authorization

I am _Abdou Mohamed Ahmad Bahlool_, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my _cousin_, who is a prisoner being held in Guantanamo Bay, and whose name is _Ali Hamza Ahmad Suliman Bahlool_ (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of _Yemen_.

_Abdou Mohamed Ahmad Bahlool_
Next Friend

Witnessed: _[signature]_

Print Name: _____