# Exhibit E

DATe: ~~XXXXX~~

## Authorization

I am acting as next frind for my husbend whose name is Salah, Mohammed saleh Al Thabi . And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo , Najeeb Bin Mohammed AL- nauimi and clive Stafford Smith (of gustice in Exile) , Michael ratner and the Canter for Constitutional Righs , and any person assigned by these Lawyers , to ect on my behalf and on my relative's behalf , to secure any documents and information concerning my relative that are necessary for his defense , and to seek whetever redrass they believe to be in his best interests , in the courts of the united States , and in any other legal forum available.

Fatima gassem Al ahmadi

Name:

Witnessed, Ahmed Amman

Fatima gassem Al Ahmadi

print Name: