# Exhibit F

# Authorization

I am acting as next friend for AHMED ABDULQADER AHMED. I am his Father/ Mother / Brother / ABDULQADER AHMED He is being held at Guantanamo Bay. It is my firm belief that my relative would want me to act as his next friend, and secure to him whatever legal assistance I can. I hereby authorize Michael Ratner and the *Center for Constitutional Rights*, as well as Clive Stafford Smith and *Justice In Exile*, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

Name: AHMED ABDULQADER AHMED HASIN ABOBAKR

Print Name: ABDULQADER AHMED HASIN ABOBAKR

witnessed: Aymen Mohammed Ahmed