IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, ) | |
| ) | |
| Petitioners/Plaintiffs, ) | Case No. 1:05-CV-02104 (RBW) |
| ) | |
| v. ) | |
| ) | |
| GEORGE W. BUSH, *et. al.*, ) | |
| ) | |
| Respondents/Defendants. ) | |

## DECLARATION OF ATTORNEY WESLEY R. POWELL

I, Wesley R. Powell, declare under penalty of perjury that the following is true to the best of my knowledge, recollection and belief:

1. My name is Wesley R. Powell. I submit this Declaration in support of Petitioners' Motion For A Writ of Habeas Corpus or An Order To Show Cause Pursuant To 28 U.S.C. § 2243 in the above-captioned matter. I base this Declaration on personal knowledge.

2. I am an attorney and currently practice with the law firm of Hunton & Williams LLP, counsel of record for Petitioners Issam Hamid Ali Bin Ali Al Jayfi, Othman Ali Mohammed Al Shamrany, Khalid Mohammed Al Thabbi, Ali Hamza Ahmed Suliman Bahlool, Saleh Mohammed Seleh Al Thabbii and Abdu Al Qader Ahmed Hussain, in the above-captioned action.

3. Attached hereto as Exhibit A is what I believe to be a true and correct copy of a Memorandum for the Secretary of the Navy concerning an Order Establishing Combatant Status Review Tribunal, dated July 7, 2004.

4. Attached hereto as Exhibits B through L are what I believe to be true and correct copies of documents released pursuant to a court order, entered in litigation brought under the Freedom of Information Act. *See* American Civil Liberties Union, *et al.* v. Department of Defense, *et al.*, Docket No. 04-CV4151 (AKH) (S.D.N.Y.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 4 November 2005

_____
Wesley R. Powell

## CERTIFICATE OF SERVICE

Michelle Kass hereby certifies that:

I am a Paralegal at the law firm of Hunton & Williams LLP, attorneys for Petitioners/Plaintiffs.

That on November 7, 2005, I served true copies of the attached Motion and Memorandum of Points and Authorities in Support of Petitioners' Motion for the Immediate Issuance of Writs of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause, along with the Declaration of Attorney Wesley R. Powell and attached Exhibits A-L, at the addresses listed below via Certified Mail, Return Receipt Requested, by depositing the same in a duly enclosed and sealed wrapper with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of American within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2005.

_____
Michelle Kass

TO:  George W. Bush
     President of the United States of America
     The White House
     1600 Pennsylvania Avenue, NW
     Washington, DC 20500

     Donald Rumsfeld
     Secretary of Defense
     United States Department of Defense
     1000 Defense Pentagon
     Washington, DC 20301-1000

Brigadier General Jay Hood
United States Army
Commander, Joint Task Force
JTF-GTMO
APO AE 09360

Colonel Mike Buamgarner
United States Army
Commander, Joint Detention Operations Group
JTF-GTMO
APO AE 09360