# EXHIBIT B

AA22 302

SECRET

Page 2

b6 -1
b7C -1

5/22/02

265A-MM-99102 translated by ▮▮▮▮

▮▮▮▮ stated he had been beaten unconscious approximately three or four weeks ago when he was still at Camp X-Ray. According to ▮▮▮▮, ▮▮▮▮ a number of guards entered his cell, unprovoked, and started spitting and cursing at him. The guards called him a "son of a bitch," and a "bastard," then told him he was crazy.

▮▮▮▮ rolled onto his stomach to protect himself. ▮▮▮▮ stated a soldier named ▮▮▮▮ jumped on his back and started beating him in the face, then choked him until he passed out. ▮▮▮▮ stated that ▮▮▮▮ was beating him because ▮▮▮▮ is a Muslim, and ▮▮▮▮ is Christian. ▮▮▮▮ indicated there was a female guard named ▮▮▮▮ who was also beating him and grabbed his head and beat it into the cell floor.

▮▮▮▮ stated that all the soldiers were aware of his ▮▮▮▮ and he was taken to the hospital following the beating, where he received an IV and treatment for his facial wounds. ▮▮▮▮ claimed ▮▮▮▮ who is a tall African American male, visited him at the hospital and told the doctors to immediately return him to the camp. ▮▮▮▮ reported the aforementioned incident to two Red Cross representatives at Camp Delta, who he identified as ▮▮▮▮ and ▮▮▮▮. ▮▮▮▮ stated he did not do anything to cause the guards to enter his cell, and did everything they instructed him to do. ▮▮▮▮ had what appeared to be a recent wound on the bridge of his nose.

▮▮▮▮ stated that he was put in an isolation cell after he was involved in a dispute over food given to him. ▮▮▮▮ stated that he is unable to eat certain foods, and was placed in isolation after arguing with a guard.

b6 -3,4
b7C -3,4
b7D -1
b7F -1

b6 -2,3,4
b7C -2,3,4
b7D -1
b7F -1

b6 -2,3,4,5
b7C -2,3,4,5
b7D -1
b7F -1

b6 -3,4
b7C -3,4
b7D -1
b7F -1

b6 -3,4
b7C -3,4
b7D -1
b7F -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

SECRET

DETAINEES-1722

/1722

5016



Page 3
AA22 302
SECRET
5/22/02

b6 -1
b7C -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

b6 -3,4
b7C -3,4
b7D -1
b7F -1

b6 -3,4
b7C -3,4
b7D -1
b7F -1

b1
b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

b1
b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

b6 -3,4,5
b7C -3,4,5
b7D -1
b7F -1

SECRET

DETAINEES-1723

1723
5017





AA22 302

~~SECRET~~

Page 6

b6 -1
b7C -1

5/22/02

265A-MM-C99102

b6 -3,4<br>
b7C -3,4<br>
b7D -1<br>
b7F -1

b6 -3,4<br>
b7C -3,4<br>
b7D -1<br>
b7F -1

claimed to be unaware of the reasons behind his apprehension

b6 -3,4<br>
b7C -3,4<br>
b7D -1<br>
b7F -1

b6 -3,4,5<br>
b7C -3,4,5<br>
b7D -1<br>
b7F -1

b6 -3,4,5<br>
b7C -3,4,5<br>
b7D -1<br>
b7F -1

~~SECRET~~

DETAINEES-1725

1726

5020

Page 7

AA22 302    SECRET

b6 -1
b7C -1

5/22/02

after the Trade Center disaster.

b6 -3,4
b7C -3,4
b7D -1
b7E -1

SECRET

DETAINEES-1727

1727

5021