# EXHIBIT D

SECRET

## GTMO Issues for SAC Wiley

* [redacted] b5-1

  - [redacted] (S) b1, b2-3, b5-1, b7E-1

  - [redacted] (S) b1, b2-3, b5-1, b7E-1

  - [redacted] b2-3, b5-1, b7E-1

* Department of Defense (DoD) Interrogation Tactics

  - BAU personnel witnessed sleep depravation [redacted] and utilization of loud music/bright lights/growling dogs in the Detainee interview process by DoD representatives. These tactics were brought tot the attention of the appropriate DoD legal personnel who requested that BAU members write out "statements" concerning these matters. (S) b1

* [redacted] b5-1

  - [redacted] b5-1

* BAU Vehicle

  - CIRG/RDLU provided the BAU with an eighteen (18) passenger van for transportation at GTMO. This van is too large for the small roadways/tight turns at GTMO, thereby making it extremely difficult to operate in a safe manner. Additionally, the air conditioner has been/is non-operational after three (3) different service attempts by Motor Pool personnel.

SECRET

DETAINEES-2561

4585