# EXHIBIT E

((MSG015 RTF)                                                                                      Page 1

b6 -1
b7C -1

From                    (INSD) (FBI)    b6 -1
To  Caproni, Valerie E. (OGC) (FBI)
cc                                      b7C -1
Subject  FW GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Here is the second summary. One more to go
-----Original Message-----
From                    (BS) (FBI)
Sent  Monday, August 02, 2004 10:46 AM      b6 -1
To                      (INSD) (FBI)        b7C -1
Subject  RE GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

                              b6 -1
Mr                            b7C -1

As requested, here is a brief summary of what I observed at GTMO

On a couple of occassions, I entered interview rooms to find a detainee chained hand and foot in a fetal position to the floor, with no chair, food, or water. Most times they had urinated or defacated on themselves, and had been left there for 18-24 hours or more. On one occassion, the air conditioning had been turned down so far and the temperature was so cold in the room, that the barefooted detainee was shaking with cold. When I asked the MP's what was going on, I was told that interrogators from the day prior had ordered this treatment, and the detainee was not to be moved. On another occassion, the A/C had been turned off, making the temperature in the unventilated room probably well over 100 degrees. The detainee was almost unconcious on the floor, with a pile of hair next to him. He had apparently been literally pulling his own hair out throughout the night. On another occassion, not only was the temperature unbearably hot, but extremely loud rap music was being played in the room, and had been since the day before, with the detainee chained hand and foot in the fetal position on the tile floor.

Any questions, feel free to call or ask via email                        b2 -1
                                                                         b6 -1
-----Original Message-----                                               b7C -1
From                    (INSD) (FBI)    b6 -1
Sent  Thursday, July 29, 2004 10:58 AM  b7C -1
To                      (BS) (FBI)
Subject  RE GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 11-09-2005
CLASSIFIED BY 6157
REASON: 1.4 (C)
DECLASSIFY ON:

DETAINEES-1760

1760
5053

((MSG016 RTF)) ~~SECRET~~ Page 2

b6 -1
b7C -1

Could you please provide a short summary of what you observed? Thanks

-----Original Message-----
From: ▮▮▮▮▮ (BS) (FBI)    b6 -1
Sent: Monday, July 12, 2004 10:10 AM    b7C -1
To: ▮▮▮▮▮ (INSD) (FBI)
Subject: RE GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

Mr ▮▮▮▮▮    b6 -1
               b7C -1

I am responding to your request for feedback on aggressive treatment and improper interview techniques used on detainees at GTMO. I did observe treatment that was not only aggressive, but personally very upsetting, although I can't say that this treatment was perpetrated by Bureau employees. It seemed that these techniques were being employed by the military, government contract employees and ▮▮▮▮▮

b1

My name is SA ▮▮▮▮▮ Boston Division, EOD ▮▮▮ currently assigned to Squad C-9, telephone ▮▮▮▮▮

b2 -1
b6 -1
b7C -1

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

~~SECRET~~

DETAINEES-1761

1761

5054