**EXHIBIT G**

~~CONFIDENTIAL~~ Imperso... Page 2

b6 -1
b7C -1

~~SECRET//NOFORN~~

To: Counterterrorism   From: Counterterrorism
Re: (U) 315N-HQ-C1406946-D, 05/18/2004

Precedence: ROUTINE                     Date: 11/25/2003

To:     Counterterrorism                Attn: ORS/MLDU

From: Counterterrorism                                  b2 -1
      MLDU                                              b6 -1
      Contact: UC [redacted]                            b7C -1

Approved By: [redacted]                                 b6 -1
Drafted By: [redacted] mmr                              b7C -1

Case ID #: (U) 315N-HQ-C1406946-D   (Pending)

Title: (U)    MILITARY LIAISON & DETAINEE UNIT

Synopsis: (X) To document information concerning the impersonation by DOD
(U) interrogators at Guantanamo Bay, Cuba who represented themselves as officials of the
FBI in conjunction with interrogation techniques not endorsed by the FBI.

(S)   ~~Derived From: G-3~~  (U)
      ~~Declassify On: X1~~

Administrative: (U) This EC was originally drafted in November 2003, at which time      b6 -1
the content was briefed to CTD Executive Management, AGC [redacted] and DOJ            b7C -1
David Nahmias. Additionally, OGC, Valerie Caproni, was provided with an electronic
copy of this EC at her request on May 7, 2004.

(U) Details: (X)

Referral/Direct [redacted]

(U) [redacted]

Referral/Direct [redacted]

CONFIDENTIAL ~~SECRET//NOFORN~~   [stamp: DATE: 12-06-2004 ... 04-CV-4151]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DETAINEES-3826

DIA INFO. ON PAGES 2 THRU 5 CLASSIFIED PER LTR DTD 12-01-04

4625



Page 3

b6 -1
b7C -1

SECRET/NOFORN

To: Counterterrorism   From: Counterterrorism
Re: (U) 315N-HQ-C1406946-D, 05/18/2004

(U) ▓▓▓▓▓ was interviewed over an extended period through May 2003 by FBI San Diego SA ▓▓▓▓▓ and FBI San Francisco SA ▓▓▓▓▓. During those interviews, ▓▓▓▓▓ admitted close associations ▓▓▓▓▓ with other terror suspects, but he denied personal involvement in terror activities. The FBI set leads to obtain evidence/information to corroborate or discredit ▓▓▓▓▓'s information and held off confrontational interviews until such time as lead results were returned. SAs ▓▓▓▓▓ departed Guantanamo in late May 2003.

b6 -1,3,4
b7C -1,3,4
b7D -1
b7F -1



b1 Referral/Direct

SECRET/NOFORN   DETAINEES-3827

CONFIDENTIAL

4626

CONFIDENTIAL

Page 4

b6 -1
b7C -1

SECRET//NOFORN

To: Counterterrorism From: Counterterrorism
Re: (U) 315N-HQ-C1406946-D, 05/18/2004



SECRET//NOFORN

DETAINEES-3828



CONFIDENTIAL

4627

- Imperso... CONFIDENTIAL

b6 -1
b7C -1

SECRET//NOFORN

To: Counterterrorism From: Counterterrorism
Re: (U) 315N-HQ-C1406946-D, 05/18/2004

(S) [S//OC/NF]
b1
Referral/Direct                                                     (C)

(U) [S]
Referral/Direct

(U) [S]
b1
Referral/Direct                                                     (C)

(U) [S]
b1
Referral/Direct                                                     (C)

(U) [S//NF]
b1
Referral/Direct                                                     (C)

SECRET//NOFORN

DETAINEES-3829

CONFIDENTIAL

4628

~~CONFIDENTIAL~~ - imperso... Page 6

b6 -1
b7C -1

~~SECRET/NOFORN~~

To: Counterterrorism  From: Counterterrorism
Re: (U) 315N-HQ-C1406946-D, 05/18/2004



b1 Referral/Direct (C)

b1 Referral/Direct (C)

b1 Referral/Direct (C)

Referral/Direct

Referral/Direct

b6 -3,4
b7C -3,4
b7D -1
b7E -1

(U) (S) DIA has never advised the FBI that they were impersonating an FBI agent as part of their interrogation plan with [redacted]

b6 -1
b7C -1

(U) On-Scene Commander at GTMO, SSA [redacted] was made aware of this situation and was requested to address the FBI's concerns with General Miller who is in charge of JTF-GTMO.

✦✦

~~SECRET/NOFORN~~

~~CONFIDENTIAL~~

DETAINEES-3830

4629