# EXHIBIT H

GTMO Gazette                                                          Page 1

b6 -1
b7C -1

b6 -1     From:
b7C -1    To:
          Date:     Wed, Aug 28, 2002 12:23 PM
          Subject:  GTMO Gazette

b6 -1    Some more info re what we are doing. This can serve as our weekly report, if you like. I know [ ] is
b7C -1   forwarding you the Sit Reps.

b6 -1    We have heard (read) from [ ] re the approval to get re-imbursed for our "living" expenses. We have
b7C -1   the receipts and will submit to her the itemized list.

         1) We are continuing our assistance to the FBI/CITF and secondly the DHS interview teams. We are
         following up with the progress (yes, these folks ARE making progress) and keep notes of that here. They
         are chipping away and getting some results. I will not report on too many specifics here. Got called out
b2 -3    the other night for [            ] He called the guards and said he wanted to talk to somebody now.
b6 -1,3,4 We watched him groom himself and prayer-up for his "meeting". [ ] and a linguist went over and E&I
b7C -1,3,4 watched on the video monitor. The good news is, he is really getting tired of this, the bad news is, he still
b7D -1   has strength to endure. He complained to [ ] said he had told the truth [
b7E -1                              ] He would not. (By the way, that has been an effective technique here with certain
b7F -2   detainees. We have actually seen some who have done it) He said he was going on a hunger strike and
         [ ] informed him that although others have tried, it has not been effective, as they are eating again. That
         was that and we shall see what happens. We continue to review the files, consult with the teams and
         continue the work at Delta.

         2) There is a release package for about 20 detainees now up at Belvoir for authority to release. That will
         be a big boost here for the cooperation of others.

b6 -1    3) [ ] and I met with the Joints Chief of Staff Review Board re who we are, what we do and our
b7C -1   recommendations. (Their request) They were very impressed with this kind of resource offered by the
         FBI and expressed how needed and appropriate it is (their words, not ours) Our recommendations were
b2 -3
b5 -1    [                                                                                                    ]
b7E -1

         4) We got drafted into a PsyOps meeting by Col [    ] our new best friend. He is in charge of like
         everything and digs our stuff. The BSCT [    ] are involved with this more than we are. We
b6 -2    attended the briefing and our suggestions were focussed on the relationship of the plan with the interview
b7C -2   process. Col [   ] told us later that he wanted our involvement to make sure that the plan remains
         practical and realistic. (You can imagine some of the ideas that these folks are floating) I will not go into
         details, as it is just too lengthy and classified.

         5) Col [    ] also asked us to review some DIA Behavioral Ops plan. We are looking at that now and
b6 -2    will give you details later. There is no request for us to actually do anything, but [   ] has taken on
b7C -2   the attitude that he wants us (BAU) to be aware of all the behavioral Ops and have us review them. It is
         also classified, so we will give you more on that later.

b6 -1    6) Providing on-going training to the new folks coming in on the interview teams. [              ] that is
b7C -1   an on-going thing here. The DHS command has asked for our program (disc) on this, but have been
         informed that this is our creation and we will be happy to continue our training for them. I am still
         re-tooling the presentation to fit the needs here. I will e-mail it to you later.

         7) We met with the medical staff re the detainees and interview process. They gave us an insight into
         the outpatient clinic and the fleet hospital. They were very agreeable to working directly with the
         interviewers and the MP's on getting treatment to the detainees. We had a situation with a detainee that
         told the interviewers that he would talk and tell them whatever they needed if ONLY they would help him
( )      get some relief from his constipation. Ah, mother nature works in beautiful ways.

                                                                                    DETAINEES-3293

                                                                                                4059

[REDACTED] - GTMO Gazette                                                                 Page 2

b6 -1
b7C -1

b6 -1      8) [REDACTED] has arranged for us to meet with the JFT-160 personnel (guards) re what kinds of information
b7C -1     our interview teams would want to know. We are having sessions with some of them tomorrow and more
           on Friday.

b6 -1      9) We are still searching for all of the resources available to these teams that they are not aware of. [REDACTED]
b7C -1     [REDACTED] is leading this effort and has really come up with
           a lot of stuff out there that is helpful. We are sharing that with the group today at the OPS meeting. She
           attends the daily Scheduling meetings and has networked beautifully with these folks.

           10) All of the above is being facilitated and coordinated with the appropriate command and interview
           team folks, so that we are in sync.

b6 -1      [REDACTED]..I will plug you into all of this when you get here.
b7C -1

           There is probably more, but I have to take off now for the OPS meeting.

b6 -1      [REDACTED], we eagerly await your arrival. I repeat, we eagerly await your arrival.
b7C -1

           We would really appreciate someone looking through our mail and fed-exing some stuff to us.

           We have a half-day on Sat. and off days are Sun. & Mon. By the way, do we get holiday pay for Monday,
           since we are TDY? We appreciate any "bennies" we can get.

           There is a library here, with minimal resource info for this stuff. [REDACTED] and I have procured some
b6 -1      resource material that we will leave here for you. I am currently trying to learn the Quran.
b7C -1     [REDACTED]

           Later, Gators,
           E&M


           CC:    [REDACTED]            b6 -1
                                        b7C -1

DETAINEES-3294

4060