# EXHIBIT I

074-03-CID469-60225

TRANSLATION OF STATEMENT PROVIDED BY ▓▓▓▓ b(6)4 b(7)(c)4
1040/25 NOV 03:

"I am ▓▓▓▓ I swear under oath that I do not want to file a complaint against the American Forces so I can get released. I was given the opportunity by the Criminal Investigation to think about this matter and I did not want to file a complaint and I swear that was my own decision. I was not forced or threatened by anyone to write this statement. This is my sworn statement."

TRANSLATED BY: ▓▓▓▓                          VERIFIED BY: ▓▓▓▓

Mr. ▓▓▓▓ b(6)4 b(7)(c)4                      Mr. ▓▓▓▓ b(6)6 b(7)(c)6
Translator, Category II                       Translator, Category II
Titan Industries                              Titan Industries
Assigned to:
    Prisoner Interview/Interrogation Team (PIT)(CID)(FWD)
    10TH Military Police Battalion (CID)(ABN)(FWD)
    3rd Military Police Group (CID), USACIDC
    Abu Ghruyeb Prison Complex (ABPC)
    Abu Ghruyeb, Iraq APO AE 09335

FOR OFFICIAL USE ONLY

14

DODDOACID 005907