# EXHIBIT K

```
                        (IR) (FBI)        b6 -1
                                          b7C -1

From:
Sent:       Thursday, May 13, 2004 3:42 PM        b6 -1
To:                              (IR) (FBI)       b7C -1
Subject:    current events
```

for a better understanding of the issue we spoke about, one should read not only the bau ec, but the attachments as well.

[redacted] is here with me and should anyone be interested, he could illuminate a lot about gen miller's views on interrogation. [redacted] was the the miami case agent for 14 months.     b6 -1 / b7C -1

from what cnn reports, gen karpinsky at abu gharib said that gen miller came to the prison several months ago and told her they wanted to "gimotize" abu gharib. i am not sure what this means. however, if this refers to intell gathering as i suspect, it suggests he has continued to support interrogation strategies we not only advised against, but questioned in terms of effectiveness.

yesterday, however, we were surprised to read an article in stars and stripes, in which gen miller is quoted as saying that he believes in the rapport-building approach. this is not what he was saying at gitmo when i was there. [redacted] and i did cart wheels. the battles fought in gitmo while gen miller he was there are on the record.     b6 -1 / b7C -1

check out not only the bau ec but one written by miami division: [redacted] should know about this as should [redacted] in san francisco. its a must read. [redacted] knows these issue quite well and has also fought battles. has anyone checked with [redacted] ?     b6 -1,2 / b7C -1,2

[large redacted block — b5 -1]

[redacted block — b5 -1]

[redacted block — b5 -1]

DETAINEES-2706

3128

b5 -1

talk to you later,

b6 -1
b7C -1



DETAINEES-2707

3129