UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et. al.*, <br><br> Respondents/Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:05-CV-02104 (RBW) |

### [PROPOSED] WRIT OF *HABEAS CORPUS*

On October 27, 2005, Petitioners filed a Petition for Writs of Habeas Corpus. On _____, 2005, this Court entered an Order that "on or before _____, 2005, Respondents SHALL show cause why a Writ of *Habeas Corpus* should not be issued."

No "return showing the true cause of the detention" of Petitioners has been filed in this Court, as required by 28 U.S.C. § 2243 and this Court's _____, 2005, Order. No such return has been served on Petitioners' counsel. For this reason, the Court hereby:

**ISSUES** a writ of *Habeas Corpus* to each of the following Petitioners: (1) Issam Hamid Ali Bin Ali Al Jayfi, (2) Othman Ali Mohammed Al Shamrany, (3) Khalid Mohammed Al Thabbi, (4) Ali Hamza Ahmed Suliman Bahlool, (5) Saleh Mohammed Seleh Al Thabbii, and (6) Abdu Al Qader Ahmed Hussain. Respondents **SHALL** enforce this writ forthwith.

DATED:_____

_____
REGGIE B. WALTON
United States District Judge