UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*,<br><br>        Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>        Respondents/Defendants. | )<br>)<br>)<br>) Case No. 1:05-CV-02104 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that on or before _____, 2005, Respondents **SHALL** show cause why a Writ of *Habeas Corpus* should not be issued, by filing a return showing the true cause of the detention.

The Clerk of Court **SHALL** furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of serving Respondents, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

DATED:_____

                                                                                 REGGIE B. WALTON
                                                                                 United States District Judge