UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*,<br><br>        Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>        Respondents/Defendants. | )<br>)<br>)<br>)  Case No. 1:05-CV-02104 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF SERVICE

Michelle Kass hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Paralegal at the law firm of Hunton & Williams LLP, attorneys for Petitioners/Plaintiffs.

That on November 18, 2005, I caused to be served true copies of the following documents:

    1. Petition for Writ of Habeas Corpus and attached Exhibits A-F; and

    2. Motion and Memorandum of Points and Authorities in Support of Petitioners' Motion for the Immediate Issuance of Writs of Habeas Corpus Pursuant to 28 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause, along with the Declaration of Attorney Wesley R. Powell and attached Exhibits A-L.

at the addresses listed below via Certified Mail, Return Receipt Requested, by depositing the same in a duly enclosed and sealed wrapper with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of American within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2005.

                                              *Michelle Kass*
                                              Michelle Kass

TO:    George W. Bush
        President of the United States of America
        The White House
        1600 Pennsylvania Avenue, NW
        Washington, DC 20500

        Donald Rumsfeld
        Secretary of Defense
        United States Department of Defense
        1000 Defense Pentagon
        Washington, DC 20301-1000

        Brigadier General Jay Hood
        United States Army
        Commander, Joint Task Force
        JTF-GTMO
        APO AE 09360

        Colonel Mike Buamgarner
        United States Army
        Commander, Joint Detention Operations Group
        JTF-GTMO
        APO AE 09360