IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*,

        Petitioners/Plaintiffs,

v.

GEORGE W. BUSH, *et. al.*,

        Respondents/Defendants.

Case No. 1:05-CV-02104 (RBW)

## (PROPOSED) ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, the opposition filed thereto, and any reply, as well as the entire record in this case, it is hereby:

**ORDERED** that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004 in In re Guantánamo Detainee Cases, 344 F. Supp. 2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in In re Guantánamo Detainee Cases, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in In re Guantánamo Detainee Cases **SHALL** apply in the above-captioned case.

**FURTHER ORDERED** that the above-captioned case is **STAYED** pending resolution of all appeals in Kahlid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantánamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005).

**FURTHER ORDERED** that the Respondents **SHALL** provide Petitioners' counsel the following unclassified information within 30 days of the entrance of this Order: i) whether each Petitioner is alive and being held in Guantánamo; ii) whether each Petitioner has completed his Combatant Status Review Tribunal and, if so, whether he has been designated an Enemy Combatant or has been given some other status; iii) each Petitioners' Internee Classification Number ("ICN").

**FURTHER ORDERED** that the Respondents **SHALL** file factual returns regarding each Petitioner within 60 days of this Order.

**FURTHER ORDERED** that Respondents SHALL preserve and maintain all evidence, documents and information, without limitation, now or ever in Respondents' possession, custody or control, regarding the individual detained Petitioners.

**IT IS SO ORDERED**.

DATED:_____

_____
REGGIE B. WALTON
United States District Judge