# EXHIBIT 7

# TO

# SUPPLEMENTAL PETITION OF BAHLOOL

**DEPARTMENT OF DEFENSE**
**OFFICE OF THE CHIEF DEFENSE COUNSEL**
**OFFICE OF MILITARY COMMISSIONS**

July 16, 2004

MEMORANDUM FOR THE SECRETARY OF THE NAVY

FROM: LCDR Philip Sundel, Major Mark Bridges

SUBJECT: Combatant Status Review Tribunal of Ali Hamza Ahmad Sulayman al Bahlul

1. Pursuant to your memorandum dated 7 July 2004, we hereby request to serve as Mr. Ali Hamza Ahmad Sulayman al Bahlul's personal representative before the Combatant Status Review Tribunal. On 3 February 2004, we were detailed by the Chief Defense Counsel, Office of Military Commissions, to represent Mr. al Bahlul for all matters relating to military commission proceedings. On 23 February 2004, our client was formally charged with one count of conspiracy and the charge was approved and referred by the Appointing Authority to a military commission on 28 June 2004.

2. We are in receipt of a 7 July 2004, memorandum from the Deputy Secretary of Defense, which establishes Combatant Status Review Tribunals for all detainees being held at Guantanamo Bay Naval Base, Cuba. Based on our reading of a Defense Department Background Briefing, we understand that all of the detainees, including those who have been charged, will be allowed to participate in a review tribunal. The stated purpose for this review tribunal is to provide detainees the opportunity to contest designation as an "enemy combatant", an issue which is inextricably tied to the question concerning our client's status and whether he is properly subject to trial before a military commission.

3. Paragraph c of the memorandum also provides that each detainee will be provided a personal representative to assist him in the review tribunal process. As military officers we are qualified to act as Mr. al Bahlul's personal representative, and as his detailed counsel we are already familiar with the matter and have established an attorney client relationship with him. Therefore, it is necessary and appropriate that we alone be appointed to serve as his personal representative before the combatant status review tribunal.

4. The memorandum from the Deputy Secretary of Defense is silent as to whether any other personal representative would enjoy a confidential relationship with Mr. al Bahlul and would, therefore, be required to divulge any information provided by him to government representatives. Such an unpriviledged relationship would inappropriately interfere with potential proceedings before a military commission.

5. Additionally, as the detailed military counsel of record for Mr. al Bahlul, we request the following:

    a. No conversations between Mr. al Bahlul and any other personal representative or government agent take place without our being present.

SUBJECT: Combatant Status Review Tribunal of Ali Hamza Ahmad Sulayman al Bahlul

 b. As we already have the appropriate security clearance, we request that any and all information in the possession of the Department of Defense that was already used or may be used in the determination of Mr. al Bahlul's designation as an enemy combatant, including any records, determinations, or reports generated in connection with earlier determinations or reviews, be provided to us as soon as possible so that we are able to properly prepare for the Combatant Status Review Tribunal.

 c. In addition to notice of the unclassified factual basis for Mr. al Bahlul's designation as an enemy combatant as provided in paragraph g (1) of the memorandum, we request copies of any classified versions.

 d. Notification of any prospective date set for Mr. al Bahlul's review tribunal, to include the identities and ranks of the Convening Authority, tribunal members, recorder, and translator.

6. We would appreciate your expeditious consideration of this matter. Should you have any questions or concerns, we can be reached at (703) 607-1521, extensions 192 or 186.

PHILIP SUNDEL  
LCDR, JAGC, USN  
Defense Counsel  
Office of Military Commissions

MARK BRIDGES  
MAJ, JA, USA  
Defense Counsel  
Office of Military Commissions

## CERTIFICATE OF SERVICE

I hereby certify that the original of this request was hand-delivered to the Office of the Secretary of the Navy on 16 July 2004.

PHILIP SUNDEL  
LCDR, JAGC, USN  
Defense Counsel  
Office of Military Commissions