# EXHIBIT 8

# TO

# SUPPLEMENTAL PETITION OF BAHLOOL



# Department of Defense
### Office for Administrative Review of Detention of Enemy Combatants
### U.S. Naval Base Guantanamo Bay, Cuba

OARDEC/Ser72
20 Sep 2004

From: Convening Authority, Combatant Status Review Tribunal
To:   Lieutenant Commander P. Sundel, JAGC, USN
      Major M. Bridges, USA

Subj: COMBATANT STATUS REVIEW TRIBUNAL FOR ALI HAMZA AHMAD SULAYMAN AL BAHLUL

Ref: (a) Deputy Secretary of Defense Order of 7 July 2004
     (b) Secretary of the Navy Implementing Directive of 29 July 2004
     (c) Your ltr of 16 July 2004

1. I am the Convening Authority for the Combatant Status Review Tribunal (CSRT), a process directed by reference (a) and implemented by reference (b). This letter is provided in response to reference (c). In that letter, you requested to be appointed as the personal representative for Mr. al Bahlul at his CSRT.

2. The Deputy Secretary of Defense has determined that all detainees in DoD control at Guantanamo, including commission candidates, will be provided the opportunity to contest their enemy combatant status at a CSRT. As outlined in references (a) and (b), the CSRT is a non-adversarial administrative process in which legal representation of the detainee is inappropriate; however, each detainee will be assigned a personal representative to assist him with this process. Therefore, your request to be appointed as Mr. al Bahlul's personal representative was denied as inconsistent with the procedures of reference (b).

3. Mr. al Bahlul's CSRT proceeding was held on 14 September 2004 in accordance with references (a) and (b). He elected not to appear at his CSRT.

J. M. McGarrah
RADM, CEC, USN

OFFICE OF THE DIRECTOR
OARDEC
4D545 THE PENTAGON
703.685.6487(C), 225-6487 (DSN)

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| OMC | RADM J.M. McGarrah, Director |
| COMPANY: | DATE: |
| DoS | 9/21/2004 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| (703) 607 1842 | 2 |
| PHONE NUMBER: | |
| RE: | YOUR REFERENCE NUMBER: |
| CSRT AL BAHLUL | OARDEC/Ser72 dtd 20 SEP 04 |

☐ URGENT    ☒ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

v/r, ajs
ANDREW J. SCHULMAN
andrew.schulman@navy.mil

703.695-6487

EXECUTIVE ASSISTANT TO OARDEC DIRECTOR - LCDR ANDREW SCHULMAN