UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, et al., )<br>)<br>   Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )<br>) | Civil Action No: 05-2104 (RBW) |

## ORDER

     Currently before the Court is the Petitioners' Motion for Transfer of Habeas Corpus Action of Petitioner Ali Hamza Ahmed Suliman Bahlool to Calendar Committee for Reassignment as a Related Case ("Pet. Mot."). Specifically, the petitioners note that petitioner Bahlool is scheduled for trial before a Military Commission pursuant to a November 12, 2001 Military Order. Pet. Mot. at 1. The petitioners contend that the legal and factual issues presented in Bahlool's case are identical to issues raised by the petitioner in Hamdan v. Rumsfeld, No. 04-CV-1519 (JR), which was assigned to Judge James Robertson. Id. Accordingly, petitioner Bahlool contends that this action should be transferred to Judge Robertson as a related case.

     Local Rule 40.5 provides that "[c]ivil . . . cases are deemed related when the earliest is still pending on the merits in the District Court and they . . . involve common issues of fact, or . . . grow out of the same event or transaction . . . ." LcvR 40.5 (a)(3). Despite the petitioners' contention, this case is not related to Hamdan. First, Judge Robertson and the District of Columbia Circuit have already ruled on the merits of Hamdan's petition, and the case is now

pending before the Supreme Court.  See Hamdan v. Rumsfeld, 344 F. Supp. 2d 153 (D.D.C), 415 F.3d (D.C. Cir. 2005), cert. granted, 126 S.Ct. 622 (U.S. Nov. 7, 2005 (No. 05-184).  Thus, the merits of the Hamdan case are not currently a pending on Judge Robertson's calendar.  Moreover, despite raising similar legal issues, the judges of this Court have not treated the plethora of petitions filed on behalf of detainees at Guantanamo Bay, Cuba as related cases.  This case is no different simply because one of the petitioners is now scheduled for trial before a Military Commission.  Accordingly, it is hereby this 19th day of December, 2005

    **ORDERED** that the petitioners' motion is **DENIED.**

    **SO ORDERED.**

                                        REGGIE B. WALTON
                                      United States District Judge