IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et. al.*, <br><br> Respondents/Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-02104 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PETITIONER ALI HAMZA AHMED SULIMAN BAHLOOL'S MOTION TO WITHDRAW MOTION TO STAY MILITARY COMMISSION PROCEEDINGS AND FOR EXPEDITED BRIEFING SCHEDULE

On January 30, 2005, Petitioner Suliman Bahlool moved for an Order to stay military commission proceedings that have been initiated against him by Respondents in Guantánamo Bay, Cuba until the Supreme Court has issued its decision in *Hamdan v. Rumsfeld,* 415 U.S. F.3d 33 (D.C. Cir. 2005), *cert. granted,* 74 U.S.L.W. 3108 (U.S. Nov. 7, 2005) (No. 05-184). This Court issued Minute Orders on January 3, 2005, ordering Respondents to oppose the aforementioned Motion on or before January 6, 2005. Petitioner Suliman Bahlool has determined that it is in his best interest not to pursue further a stay of his military commission proceedings at this time. Accordingly, Petitioner Bahlool respectfully moves to withdraw his Motion to Stay, without prejudice to his right to seek relief with respect to his military commission proceedings in the future, and to vacate the January 3, 2005 Minute Orders

concerning Respondents' submission of opposition briefing. Respondents have consented to this relief.

A proposed order is attached hereto.

Dated: January 6, 2006
      New York, NY

Respectfully submitted,

Counsel for Petitioners/Plaintiffs:

Wesley R. Powell*
wpowell@hunton.com
Patrick Train-Gutiérrez*
ptrain-gutierrez@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 100166
(212) 309-1000
(212) 309-1100 (facsimile)

Thomas R. Snider
tsnider@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500
(202) 778-2201 (facsimile)

\*   Not admitted in the District of Columbia District but qualified to practice as *pro bono* counsel pursuant to L.Cv.R. 83.2(9).

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499