IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, | )<br>)<br>) |
| Petitioners/Plaintiffs, | ) Case No. 1:05-CV-02104 (RBW)<br>) |
| v. | )<br>) |
| GEORGE W. BUSH, *et. al.*, | )<br>)<br>) |
| Respondents/Defendants. | ) |

## (PROPOSED) ORDER

Having considered Petitioner Suliman Bahlool's Motion to Withdraw his recently filed Motion to Stay Military Commission Proceedings and for Expedited Briefing Schedule, and the entire record in this case, it is hereby:

**ORDERED** that Petitioner Suliman Bahlool's Motion to Withdraw Without Prejudice his Motion to Stay Military Commission Proceedings and for Expedited Briefing Schedule be, and hereby is, **GRANTED**.

**ORDERED** that the Court's January 3, 2006 Minute Orders concerning briefing on the Motion to Stay are hereby **VACATED**.

**IT IS SO ORDERED**.

DATED:_____

_____
REGGIE B. WALTON
United States District Judge