IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et. al.*, <br><br> Respondents/Defendants. | Case No. 1:05-CV-02104 (RBW) |

### DECLARATION OF SERVICE

Michelle Kass hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a paralegal at Hunton & Williams LLP, attorneys for Petitioner Ali Hamza Ahmed Suliman Bahlool.

That on January 6, 2006, I served a true copy of Petitioner's Motion to Withdraw Motion to Stay Military Commission Proceedings and for Expedited Briefing Schedule on all parties via the Court's ECF System, and on all parties who did not receive these court filings via the Court's ECF system, by depositing same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 6, 2006.

_____
Michelle Kass