Cleared by CSO for Public Filing

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISSAM HAMID ALI BIN ALI AL JAYFI,** *et al.*, | ) |
| | ) |
| **Petitioners/Plaintiffs,** | ) |
| | ) **Case No. 1:05-CV-02104 (RBW)** |
| **v.** | ) |
| | ) |
| **GEORGE W. BUSH,** *et. al.,* | ) |
| | ) |
| | ) |
| **Respondents/Defendants.** | ) |
| | ) |
| **ABDUL HALEEM** | ) |
| **Petitioner/Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 05-2376(RBW)** |
| | ) |
| **GEORGE W. BUSH, President of the United States, et al.** | ) |
| | ) |
| **Respondents/Defendants.** | ) |
| | ) |
| | ) |
| **ABDUL-HADI MUHAMMAD AL SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,** | ) |
| | ) |
| | ) |
| | ) **Case No. 1:05-CV-01667 (RBW)** |
| **Petitioners,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Respondents.** | ) |

| | |
|---|---|
| **ELHAM BATTAYAV,** ) | |
| ) | |
| **Petitioner/Plaintiff,** ) | |
| ) | **Case No. 05-CV-00714 (RBW)** |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |
| ) | |

| | |
|---|---|
| **AL MURBATI,** *et al.,* ) | |
| ) | |
| **Petitioners/Plaintiffs,** ) | |
| ) | **Case No. 04-CV-1227 (RBW)** |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |
| ) | |

| | |
|---|---|
| **NASRULLAH,** ) | |
| ) | |
| **Petitioner/Plaintiff,** ) | |
| ) | **Case No. 1:05-CV-00891 (RBW)** |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |

| | |
|---|---|
| **MOHAMMED AMON,** ) | |
| ) | |
| **Petitioner/Plaintiff,** ) | **Case No. 05-CV-1493 (RBW)** |
| ) | |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |
| ) | |

| | |
|---|---|
| **TAJ MOHAMMAD,** ) | |
| ) | |
| **Petitioner/Plaintiff,** ) | **Case No. 05-CV-0879 (RBW)** |
| ) | |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |
| ) | |

| | |
|---|---|
| **KARIN BOSTAN,** ) | |
| ) | |
| **Petitioner/Plaintiff,** ) | **Case No. 05-CV-883 (RBW)** |
| ) | |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |
| ) | |

| | |
|---|---|
| **AMEEN MOHAMMAD ALBKRI,** *et al.,* ) | |
| ) | |
| **Petitioners/Plaintiffs,** ) | **Case No. 05-CV-1639 (RBW)** |
| ) | |
| **v.** ) | |
| ) | |
| **GEORGE W. BUSH,** *et. al.,* ) | |
| ) | |
| ) | |
| **Respondents/Defendants.** ) | |
| ) | |

3

| | |
|---|---|
| **GHEREBI,** | ) |
| **Petitioner/Plaintiff,** | ) **Case No. 04-CV-1164 (RBW)** |
| **v.** | ) |
| **GEORGE W. BUSH,** *et. al.,* | ) |
| **Respondents/Defendants.** | ) |
| **ASIM BEN THABIT AL-KHALAQI**, | ) |
| **Petitioner/Plaintiff,** | ) **Case No. 05-CV-999 (RBW)** |
| **v.** | ) |
| **GEORGE W. BUSH,** *et. al.,* | ) |
| **Respondents/Defendants.** | ) |
| **KHANDAN** | ) |
| **Petitioner/Plaintiff,** | ) **Case No. 05-CV-1697 (RBW)** |
| **v.** | ) |
| **GEORGE W. BUSH,** *et. al.,* | ) |
| **Respondents/Defendants.** | ) |
| **JAMOLIVICH**, | ) |
| **Petitioner/Plaintiff,** | ) **Case No. 05-CV-2112 (RBW)** |
| **v.** | ) |
| **GEORGE W. BUSH,** *et. al.,* | ) |
| **Respondents/Defendants.** | ) |

## PETITIONERS' CONSOLIDATED MOTION TO VACATE
## <u>JANUARY 4, 2006 ORDERS TO SHOW CAUSE</u>

Petitioners in all Guantánamo detainee cases pending in this Court respectfully submit

this Consolidated Motion to Vacate This Court's January 4, 2006 Orders To Show Cause.

On January 4, 2006, this Court issued Orders in each of the above-captioned actions

requiring Petitioners to "show cause by January 12, 2006, why this action should not be

dismissed for lack of jurisdiction," in light of the enactment of H.R. 2863, the Department of

Defense Appropriations Act of 2006 (the "Act"), which, in relevant part, purports to amend the

federal habeas statute with respect to individuals detained in Guantánamo Bay, Cuba.[1]  On the

same day, the D.C. Circuit Court of Appeals, which has *sub judice* the cross-appeals of Judge

Green's and Judge Leon's decisions on Respondents' October 4, 2004 motion to dismiss all

then-pending Guantánamo detainee cases, issued an Order requiring supplemental briefing by

January 18, 2006 on essentially the same legal question -- the Act's effect, if any, on its

jurisdiction over those Guantánamo detainee cases.  *See e.g.* January 4 Order *Boumediene v.*

*Bush*, No. 05-5062 (January 4, 2006).[2]  Moreover, this same legal issue is being presented to the

United States Supreme Court this week.  Several briefs have been filed (or will be by the end of

today) with the Supreme Court addressing what effect, if any, the Act has upon the Court's

jurisdiction in *Hamdan v. Rumsfeld*, No. 05-184, and we understand that the parties will address

---

[1]     In its Order, this Court cited Section 1005(e) of "H.R. 2863, the Department of Defense, Emergency
Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of
2006," which is the title of Division B of H.R. 2863.  However, Section 1005(e) is located in Division A of
H.R. 2863, as titled above.

[2]     A copy of this Order is attached hereto as Exhibit A.

this jurisdiction question in their briefing as well.[3]  Finally, also on January 4, 2006,

Respondents filed a Notice of Supplemental Authority in all of the Guantánamo detainee cases,

which stated that Respondents will shortly file "motion(s) to dismiss or for other appropriate

relief," in all cases pending in this District, based upon the Act's purported effect on the District

Court's jurisdiction.

Because the precise legal issue raised in the Court's Show Cause Orders is being

addressed to the Supreme Court in briefs this week, and shortly will be taken up by the Court of

Appeals, Petitioners respectfully submit that this Court should defer consideration of the effect of

the Act, if any, on these detainee cases until an appellate decision on this issue is rendered.

Accordingly, Petitioners ask that the Court vacate the Show Cause Orders.

*First*, there is good reason to expect that the Supreme Court will resolve this issue in

*Hamdan*.  As a predicate to reaching decision in that case, the Court is likely to determine

whether the Act eliminates federal court jurisdiction over habeas petitions by Guantánamo Bay

detainees such as Mr. Hamdan.  For these reasons, as noted above, two *amicus* briefs are being

submitted today addressing the jurisdictional effect of the Act, and we anticipate that the parties'

briefing will address this issue as well.  We respectfully submit that that the most efficient course

for this and other Courts in this District would be to await decision by the Supreme Court on the

Act's impact on their jurisdiction, if any.

*Second,* independent of the Supreme Court's consideration of the Act in *Hamdan*, the

D.C. Circuit ordered that supplemental briefing be submitted on this issue (*See, e.g., Boumediene*

---

[3]     The briefs addressing this question are: the *Amicus Curiae* brief of More Than 200 Detainees Incarcerated At U.S. Naval Station, Guantánamo Bay, Cuba, And Their Family Members, In Support of Petitioner and In Support of Jurisdiction and the *Amicus Curiae* brief for The Center For National Security Studies And The Constitution Project Supporting Petitioner.

*v. Bush*, No. 05-5062 (Order, January 4, 2006)) in connection with the *Boumediene/In re Guantánamo Detainees* appeals.[4]  In turn, counsel in several of the above-captioned cases will submit briefing on the jurisdictional impact of the Act to the Court of Appeals on January 18, 2006.[5]  The Appellate Court has specifically indicated that it will take up this precise legal issue when it decides those appeals, which have been pending since September 2005.  We therefore can expect a decision from that Court in a reasonable timeframe that will resolve the Act's jurisdictional effect on these detainee cases.  Again, the most efficient and appropriate course would be for the Court to defer decision on this issue, pending appellate resolution.[6]

   *Third*, if the Court nonetheless determines that district court review of the Act's effect prior to appellate decision is appropriate, Petitioners respectfully request that the Court vacate or, at a minimum, modify, the Show Cause Orders, in light of Respondents' January 4 Notice of intent to file a motion to dismiss in all Guantánamo detainee cases.  Petitioners submit that the most efficient means for this and other Courts of this District to address the effect of the Act, if any, on jurisdiction over Guantánamo detainee cases (apart from awaiting appellate decision) is to do so in response to Respondents' motion to dismiss.  This will eliminate duplicative briefing on this issue by both Petitioners and Respondents, who can negotiate and present to the Court a reasonable schedule for briefing on the expected motion.

---

[4]      The Appellate Court's Order was following Respondents' letter submitted to the Court pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, which is attached hereto as Exhibit B.

[5]      *See Gherebi v. Bush*, 04-CV-01164; *Almurbati v. Bush*, 05-CV-01227.

[6]      In *Khadr v. Bush*, currently before Judge Bates, the parties jointly moved to vacate the Court's Order for briefing on this jurisdictional issue in light of both the Court of Appeals' Order and Respondents' stated intention to file a dispositive motion. *Khadr v. Bush*, No. 04-CV-01136 (Docket No. 150).  Today, Judge Bates issued a Minute Order granting this motion, vacating his previous Order. *Id.* (Order on Motion to Vacate, January 6, 2006).

Petitioners' counsel have conferred with Respondents, and Respondents have indicated that they do not oppose either a reasonable extension of the briefing deadlines contained in the Court's recent Show Cause Orders, or proceeding with respect to the issue as Respondents proposed in their recently filed Notice of Supplemental Authority, that is, through the filing of a motion to dismiss by Respondents with a reasonable schedule for response and reply, as agreed to by the parties or otherwise established by the Court.

Finally, if the Court declines to vacate its Show Cause Orders under either of these alternative proposals, Petitioners respectfully request that the Court grant a 30-day extension of its briefing schedule, to permit the parties adequate time to address this very significant legal issue. Again, the parties have conferred, and Respondents do not object to a reasonable extension of this deadline.

**RELIEF REQUESTED**

For all of these reasons, Petitioners respectfully request that the Court:

(i) vacate its Orders to Show Cause in all of the above-captioned cases; or

(ii) vacate its Orders to Show Cause in all of the above-captioned cases and defer consideration of the Act's impact on its jurisdiction until Respondents file their motion to dismiss or for other relief; or

(iii)    modify its Orders to Show Cause in all of the above-captioned cases by extending the deadlines for the parties' submissions by 30-days.

In light of the immediate briefing schedule in the Show Cause Orders, Petitioners respectfully request that the Court consider this motion as expeditiously as possible. To that end, if it would be helpful to the Court, counsel can be available for an immediate status conference.

8

Dated:  January 6, 2006
      New York, NY

           Respectfully submitted,

           HUNTON & WILLIAMS LLP

           _____/s/ Wesley R. Powell_____
           Wesley R. Powell*
           wpowell@hunton.com
           Patrick Train-Gutiérrez*
           ptrain-gutierrez@hunton.com
           200 Park Avenue
           New York, NY 100166
           (212) 309-1000
           (212) 309-1100 (facsimile)

           Thomas R. Snider
           tsnider@hunton.com
           HUNTON & WILLIAMS LLP
           1900 K Street, N.W.
           Washington, D.C. 20006
           (202) 955-1500
           (202) 778-2201 (facsimile)
           *Counsel for Petitioners/Plaintiffs*
           *Issam Hamid Ali Bin Ali Jayfi, et al.*

DAVIS WRIGHT TREMAINE LLP

_____ /s/ Richard L. Cys _____
Richard L. Cys (DC Bar No. 087536)
rickcys@dwt.com
1500 K Street, NW, Ste. 450
Washington, DC 20005-1272
Tel: (202) 508-6617
Fax: (202) 508-6699

James P. Walsh (DC Bar No. 930115)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Ste. 600
San Francisco, CA 94111-3611
Tel: (415) 276-6556
Fax: (415) 276-6599

*Counsel for Petitioner*
*Abdul Haleem*

JENNER & BLOCK LLP

_____ /s/ Daniel Mach _____

Thomas P. Sullivan
tsullivan@jenner.com
Jeffrey D. Colman
jcolman@jenner.com
David J. Bradford
bradford@jenner.om
Patricia A. Bronte
pbronte@jenner.com
Wade A. Thomson
wthomson@jenner.com
Maya D. Nath
mnath@jenner.com
One IBM Plaza
Chicago, IL 60611
Tel: (312) 923-9350
Fax: (312) 527-0484

Daniel Mach (Admitted in D.D.C.)
dmach@jenner.com
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005-3823
Tel: (202)639-6000
Fax: (202)629-6066
*Counsel for Petitioners*
*Abdul-Hadi Muhammad Al-Siba'i by and through his*
*next friend, Abdullah Muhammad Al-Siba'i*

PERKINS COIE LLP

_____/s/ Thomas R. Johnson_____
Thomas R. Johnson
trjohnson@perkinscoie.com
Cody M. Weston
cweston@perkinscoie.com
1120 N.W. Couch St., 10th Floor
Portland, OR 97209-4128
Tel: (503) 727-2089
Fax: (503) 727-2222
*Counsel for Petitioner/Plaintiff*
*Elham Battayav*

DORSEY & WHITNEY LLP

    /s/ Joshua Colangelo-Bryan
Stewart D. Aaron
aaron.stewart@dorsey.com
Joshua Colangelo-Bryan
colangelo.bryan.joshua@dorsey.com
Christopher Karagheuzoff
karagheuzoff.christopher@dorsey.com
Mark S. Sullivan
sullivan.mark@dorsey.com
Seth B. Waxman
waxman.seth@dorsey.com
200 Park Avenue
New York, NY 10177
Tel: (212) 415-9200
*Counsel for Petitioner/Plaintiff*
*Al Murbati, et al.*

FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF MARYLAND

_____/s/ James Wyda_____ _
James Wyda
Jim_Wyda@fd.org
Martin Bahl (Staff Attorney)
Martin_Bahl@fd.org
100 S. Charles Street
Tower II, Suite 1100
Baltimore, MD 21201
Tel: (410) 962-3962
Fax:
*Counsel for Petitioner/Plaintiff
Nasrullah*

DISTRICT OF NEW JERSEY FEDERAL PUBLIC
DEFENDER OFFICE

___/s/ Richard J. Coughlin_____
Richard J. Coughlin
richard_coughlin@fd.org
800-840 Cooper Street
Camden, NY 08102
Tel: (856) 757-5341
Fax: (856) 757-5273

Candace M. Hom
candace_hom@fd.org
Chester M. Keller
chester_keller@fd.org
DISTRICT OF NEW JERSEY FEDERAL PUBLIC
DEFENDER'S OFFICE
972 Broad Street, Fourth Floor
Newark, NY 07102
Tel: (973) 645-6347
Fax: (973) 645-3101
*Counsel for Petitioner/Plaintiff*
*Mohammed Amon*

FEDERAL PUBLIC DEFENDER'S OFFICE
FOR THE SOUTHERN DISTRICT OF FLORIDA

   /s/ Paul M. Rashkind
Paul M. Rashkind (DC Bar No. 345496)
Paul_Rashkind@fd.org
Assistant Federal Public Defender
150 W. Flagler Street, Suite 1500
Miami, FL 33130
Tel: (305) 536-6900
Fax: (305) 530-7120
*Counsel for Petitioners/Plaintiffs*
*Taj Mohammad and Karin Bostan*

IAN WALLACH (IW 8631)

___/s/ Ian Wallach_____ _____
Ian Wallach (admitted *pro hac vice*)
iwallach@nyc.rr.com
21 Quarterdeck Street, Unit A
Marina del Rey, CA 90292
Tel: (310) 822-1587
Fax: (310) 823-3458
*Counsel for Petitioners/Plaintiffs*
*Ameen Mohammad Albkri, et al.*

DUKE LAW SCHOOL

_____ /s/ Erwin Chemerinsky_____
Erwin Chemerinsky
Corner of Science Drive & Towerview Road
Durham, NC 27708
Tel: (919 613-7173
*Counsel for Petitioner/Plaintiff*
*Gherebi*

FEDERAL DEFENDERS OF SAN DIEGO, INC.

___/s/ Ellis M. Johnston_____
Ellis M. Johnston, III (Cal. Bar No. 223664)
ellis_johnston@fd.org
Heather R. Rogers (Cal. Bar No. 229519)
heather_rogers@fd.org
Reuben Camper Cahn (Florida Bar No. 874299)
reuben_cahn@fd.org
225 Broadway, Suite 900
San Diego, CA 92101-5008
Tel: (619) 234-8467
*Counsel for Petitioner/Plaintiff*
*Asim Ben Thabit Al-Khalaqi*

SLEIGH & WILLIAMS

   /s/ David C. Sleigh
David C. Sleigh
erin@sleighandwilliams.com
365 Railroad Street, Suite E
St. Johnsbury, VT 05819
Tel: (802) 748-5176
*Counsel for Petitioner/Plaintiff*
*Khandan*

JAMOLIVICH

___/s/ Jamolivich_____
Jamolivich, *Pro Se*
*Counsel for Petitioner/Plaintiff*
*Jamolivich*

*Of Counsel for all above captioned cases*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

\*       Not admitted in the District of Columbia District but qualified to practice as *pro bono* counsel pursuant to L.Cv.R. 83.2(9).