# EXHIBIT A

# United States Court of Appeals
### For The District of Columbia Circuit

No. 05-5062　　　　　　　　　　　September Term, 2005

04cv01142
04cv01166

Filed On:

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
　　Appellants

v.

George W. Bush, President of the United States, et al.,
　　Appellees

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JAN X 4 2006

        CLERK
```

Consolidated with 05-5063

05-5064

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
　　Appellants

v.

United States of America, et al.,
　　Appellees

Consolidated with 05-5095, 05-5096, 05-5097, 05-5098, 05-5099, 05-5100, 05-5101, 05-5102, 05-5103, 05-5104, 05-5105, 05-5106, 05-5107, 05-5108, 05-5109, 05-5110, 05-5111, 05-5112, 05-5113, 05-5114, 05-5115, 05-5116

# United States Court of Appeals
### For The District of Columbia Circuit

No. 05-5062　　　　　　　　　　　　　　September Term, 2005

BEFORE: Sentelle, Randolph, and Rogers; Circuit Judges

### ORDER

It is **ORDERED** by the Court, on its own motion, that the parties file, within 14 days of the date of this order, supplemental briefs of no more than 15-pages addressing the effect of section 1005 of the Department of Defense Appropriations Act of 2006, Pub. L. No. 109-__, §1005 (signed by the President on December 30, 2005) on these appeals.

Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: *Cheri Carter*
Deputy Clerk

Page 2

PAGE 3/3 * RCVD AT 1/5/2006 3:51:34 PM [Eastern Standard Time] * SVR:RIRIGHTFAX/12 * DNIS:11100 * CSID: * DURATION (mm-ss):01-10