IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*,<br><br>                    Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>                    Respondents/Defendants. | Case No. 1:05-CV-02104 (RBW) |
| ABDUL HALEEM<br>                    Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States, et al.<br><br>                    Respondents/Defendants. | Case No. 05-2376(RBW) |
| ABDUL-HADI MUHAMMAD AL SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,<br><br>                  Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>                  Respondents. | Case No. 1:05-CV-01667 (RBW) |

| | |
|---|---|
| ELHAM BATTAYAV, )<br>)<br>        Petitioner/Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et. al.*, )<br>)<br>)<br>        Respondents/Defendants. )<br>) | Case No. 05-CV-00714 (RBW) |
| AL MURBATI, *et al.*, )<br>)<br>        Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et. al.*, )<br>)<br>)<br>        Respondents/Defendants. )<br>) | Case No. 04-CV-1227 (RBW) |
| NASRULLAH, )<br>)<br>        Petitioner/Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et. al.*, )<br>)<br>)<br>        Respondents/Defendants. )<br>) | Case No. 1:05-CV-00891 (RBW) |

| | |
|---|---|
| MOHAMMED AMON,<br><br>   Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>   Respondents/Defendants. | Case No. 05-CV-1493 (RBW) |
| TAJ MOHAMMAD,<br><br>   Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>   Respondents/Defendants. | Case No. 05-CV-0879 (RBW) |
| KARIN BOSTAN,<br><br>   Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>   Respondents/Defendants. | Case No. 05-CV-883 (RBW) |
| AMEEN MOHAMMAD ALBKRI, *et al.*,<br><br>   Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>   Respondents/Defendants. | Case No. 05-CV-1639 (RBW) |

| | |
|---|---|
| GHEREBI,<br><br>                 Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>                 Respondents/Defendants. | Case No. 04-CV-1164 (RBW) |
| ASIM BEN THABIT AL-KHALAQI,<br><br>                 Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>                 Respondents/Defendants. | Case No. 05-CV-999 (RBW) |
| KHANDAN<br><br>                 Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>                 Respondents/Defendants. | Case No. 05-CV-1697 (RBW) |
| JAMOLIVICH,<br><br>                 Petitioner/Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, *et. al.*,<br><br>                 Respondents/Defendants. | Case No. 05-CV-2112 (RBW) |

## (PROPOSED) ORDER

Having considered Petitioners' Motion to Vacate this Court's January 4, 2006 Orders to Show Cause, the entire record, and in light of recent developments in both the U.S. Supreme Court and the D.C. Circuit Court of Appeals, it is hereby:

**ORDERED** that the Court's January 4, 2006 Orders to Show Cause, concerning briefing of the Department of Defense Appropriations Act of 2006's impact on its jurisdiction, are hereby **VACATED** in all of the above captioned cases.

**IT IS SO ORDERED**.

DATED:_____

_____
REGGIE B. WALTON
United States District Judge