UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM GHEREBI, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )  | Civil Action No: 04-1164 (RBW) |
| ISA ALI ABDULLA ALMURBATI, et al., )<br>)<br>   Petitioners, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. ) | Civil Action No. 04-1227 (RBW) |
| ELHAM BATTAYAV )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. ) | Civil Action No: 05-714 (RBW) |
| TAJ MOHAMMAD, )<br>)<br>   Petitioner, )<br>v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. ) | Civil Action No. 05-879 (RBW) |

1

| | | |
|---|---|---|
| KARIN BOSTAN, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
|    v. | ) | |
| | ) | Civil Action No. 05-883 (RBW) |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| NASRULLAH, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
|    v. | ) | Civil Action No. 05-891 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| ASIM BEN THABIT AL-KHALAQI, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
|    v. | ) | Civil Action No. 05-999 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |
| MOHAMMED AMON, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
|    v. | ) | Civil Action No. 05-1493 (RBW) |
| | ) | |
| GEORGE WALKER BUSH, et al., | ) | |
| | ) | |
|    Respondents. | ) | |
| _____ | ) | |

| | |
|---|---|
| AMEEN MOHAMMAD ALBKRI, et al., )<br>)<br>   Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )<br>_____ ) | Civil Action No. 05-1639 (RBW) |
| ABDALHADI M. AL-SOPAI, et al., )<br>)<br>   Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )<br>_____ ) | Civil Action No. 05-1667 (RBW) |
| KADEER KHANDAN, )<br>)<br>   Petitioner, )<br>)<br>   v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )<br>_____ ) | Civil Action No. 05-1697 (RBW) |
| ISSAM HAMID ALI BIN ALI AL JAYFI, et al., )<br>)<br>   Petitioners, )<br>)<br>   v. )<br>)<br>GEORGE WALKER BUSH, et al., )<br>)<br>   Respondents. )<br>_____ ) | Civil Action No: 05-2104 (RBW) |

| | |
|---|---|
| JABBAROW OYBEK JAMOLIVICH,  )<br>  )<br>  Petitioner,  )<br>  )<br>  v.  )<br>  )<br>GEORGE WALKER BUSH, et al.,  )<br>  )<br>  Respondents.  )<br>_____ ) | Civil Action No: 05-2112 (RBW) |
| ABDUL HALEEM, et al.,  )<br>  )<br>  Petitioners,  )<br>  )<br>  v.  )<br>  )<br>GEORGE WALKER BUSH, et al.,  )<br>  )<br>  Respondents.  )<br>_____ ) | Civil Action No: 05-2376 (RBW) |
| AMER MOHAMMON, et al.,  )<br>  )<br>  Petitioners,  )<br>  )<br>  v.  )<br>  )<br>GEORGE WALKER BUSH, et al.,  )<br>  )<br>  Respondents.  )<br>_____ ) | Civil Action No: 05-2386 (RBW) |

## **ORDER**

On December 30, 2005, President Bush signed into law H.R. 2863, the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of 2006 ("the Act"). Section 1005(e) of the Act, entitled Judicial Review of Detention of Enemy Combatants, raises serious questions concerning whether this Court retains jurisdiction to hear the above captioned cases. The question of whether this Court

retains jurisdiction to entertain these matters is currently pending resolution by the United States Court of Appeals for the District of Columbia Circuit. Accordingly, it is hereby this 11th day of January, 2006,

**ORDERED** that all pending motions in the above captioned cases are **DENIED WITHOUT PREJUDICE** until such time as the District of Columbia Circuit resolves the question of this Court's jurisdiction to adjudicate these cases.[1] It is further

**ORDERED** that all action in the above captioned cases is **STAYED** pending the jurisdictional ruling of the District of Columbia Circuit.

**SO ORDERED**.

REGGIE B. WALTON  
United States District Judge

---

[1] If the District of Columbia Circuit concludes that this Court retains jurisdiction of these cases, the parties may file motions to reinstate the pending motions.