CLEARED BY CSO FOR PUBLIC FILING

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et. al.*, <br><br> Respondents/Defendants. | ) <br> ) <br> ) <br> ) Case No. 1:05-CV-02104 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**FIRST MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO DEFENDANTS' MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS AND REQUEST FOR EXPEDITED BRIEFING AND DEFENDANTS' NOTICE OF STEPS BEING TAKEN IN THE WAKE OF THE SUPREME COURT'S *HAMDAN* DECISION**

Petitioners Issam Hamid Ali Bin Ali Al Jayfi, Othman Ali Mohammed Al Shamrany, Khalid Mohammed Al Thabbi, Ali Hamza Ahmed Suliman Bahlool, Saleh Mohammed Seleh Al Thabbii and Abdu Al Qader Ahmed Hussain ("Petitioners"), together with their respective Next Friends as co-Petitioners, by and through undersigned counsel, respectfully submit this motion requesting that the Court grant the Detained Petitioners first request for a modest extension of the time to respond to two recent filings by Respondents for the following reasons:

At the close of the workday on Friday July 7, 2006, Respondents filed the above-titled motion seeking modification of the procedures governing attorney-client communications in all Guantánamo *habeas* actions *inter alia* and to permit a government "filter team" to read all mail between the Detained Petitioners and their attorneys on the ground certain other detainees who reportedly committed suicide allegedly used paper supplied by counsel to communicate with

other detainees (the "Motion")[1]. At the same time, Respondents also filed a Notice of steps they have taken in the wake of the Supreme Court's *Hamdan* decision (*Hamdan v. Rumsfeld,* 2006 US LEXIS 5185 (2006)), which principally asserts that the pending stay of this action and others should remain in effect until the D.C. Circuit court rules on the across-appeals issues before it, notwithstanding Respondents' simultaneous filing of a motion seeking this Court's intervention (the "Notice").

Under Local Rule 108(b) and Rule 6(e) of the Federal Rules of Civil Procedure, Petitioners' response to Respondents' Motion is now due on July 18, 2006. Given the serious issues it raises, the Motion requires a careful and serious response. Unfortunately, the undersigned is leaving for a long ago scheduled visit to Petitioners at the Guantánamo Bay Naval Station today, Monday, July 17, and expects to return to his office in New York the afternoon of July 20.

For this reason, and in light of counsel's other scheduling hurdles, the following Petitioners respectfully request an extension of their time until August 4, 2006. Counsel requests that it be permitted the same time to file any response to Respondents' Notice. Given that Respondents filed the Motion almost a full month after the reported suicides at Camp 4, Respondents should not suffer any prejudice from Petitioners' requested extension, if granted. In addition to resolving a conflict between the current due date and counsel's schedule, permitting additional time for Petitioners' response will enable counsel to utilize in Petitioners' response any relevant information obtained during his visit with Petitioner, which may aid the Court's resolution of this Motion.

---

[1] We are aware that on Friday, July 14, 2006, Chief Judge Hogan referred Respondents' Motion to Magistrate Judge Kay for mediation and requested a progress report on July 24, 2006. We, of course, do not know at this stage what, if any, effect this mediation will have on the disposition of or schedule for consideration of the Motion.

This is Petitioners' first request for an extension. Prior to filing this request, Petitioners sought Respondents' consent to an extension, but it was declined. This extension should not effect any other deadline previously set by this Court in the current case.

WHEREFORE Petitioners respectfully request that this Court enter the accompanying proposed order granting an extension of time to and including August 4, 2006, for filing any opposition and/or response to Respondents' Motion and Notice.

Respectfully submitted,
Counsel for Petitioners:

_____/s/_____
Wesley R. Powell
wpowell@hunton.com
Patrick Train-Gutiérrez
ptrain-gutierrez@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 100166
(212) 309-1000
(212) 309-1100 (facsimile)

Karma B. Brown
kbbrown@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500
(202) 778-2201 (facsimile)


*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

July 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, ) <br> ) <br> Petitioners/Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, *et. al.*, ) <br> ) <br> Respondents/Defendants. ) | Case No. 1:05-CV-02104 (RBW) |

### (PROPOSED) ORDER

Having considered Petitioners' Motion For Extension of Time For Filing Response To Defendants' Motion For Procedures Related To Review of Certain Detainee Materials And Request For Expedited Briefing And Defendants' Notice of Steps Being Taken In The Wake of The Supreme Court's *Hamdan* Decision and the entire record, Petitioners' Motion is hereby:

**GRANTED**. Petitioners **MAY** file an opposition and/or response to Defendants' recent Motion and Notice on or before August 4, 2006.

**IT IS SO ORDERED**.

DATED: July _____, 2006

_____
REGGIE B. WALTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et. al.*, )<br>)<br>)<br>Respondents/Defendants. )<br>) | Case No. 1:05-CV-02104 (RBW) |

## DECLARATION OF SERVICE

Michelle Kass hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a paralegal at Hunton & Williams LLP, attorneys for Petitioners Issam Hamid Ali Bin Ali Jayfi, et al.

That on July 17, 2006, I served a true copy of Petitioners' First Motion for Extension of Time for Filing Response to Defendants' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing and Defendants' Notice of Steps Being Taken in the Wake of Supreme Court's *Hamdan* Decision on all parties via the Court's ECF System, and on all parties who did not receive these court filings via the Court's ECF system, by depositing same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 17, 2006.

_____
Michelle Kass