UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, | ) |
| Petitioners/Plaintiffs, | ) Case No. 1:05-CV-02104 (RBW) |
| v. | ) |
| GEORGE W. BUSH, *et. al.*, | ) |
| Respondents/Defendants. | ) |

### [PROPOSED] ORDER

Having considered Respondents' Motion For Procedures Related To Review of Certain Detainee Materials And Request For Expedited Briefing, Petitioners' Opposition thereto, Respondents' Reply and the entire record, Respondents' Motion is hereby **DENIED** and the relief requested in Petitioners' Opposition is hereby **GRANTED**:

Respondents shall transfer by secure means all impounded materials belonging to Petitioners to the Court Security Officer at the Secure Facility designated by the Protective Order within five (5) days of the entry of this Order. These materials shall only be reviewed by those individuals set forth in this Order;

Respondents, within ten (10) days of the entry of this Order, may file a supplemental memorandum and supporting affidavit for each Petitioner demonstrating particularized grounds for the continued impoundment and review of that Petitioner's seized attorney-client materials;

Petitioners may file a response to any such supplemental memorandum and affidavit within ten (10) days of service. Any request for an extension of time by Petitioners' counsel, including for the purpose of conferring with Petitioners at Guantanamo Bay Naval Base before filing a response, will be considered on a case-by-case basis;

To the extent Respondents file no supplemental memorandum or affidavit with respect to a Petitioner, Respondents' motion shall be denied with prejudice as to that Petitioner. In that event, counsel for Petitioner shall review Petitioner's impounded materials at the Secure Facility and shall arrange for the immediate return of all attorney-client material to Petitioner through the procedures for Legal Mail set forth in the Protective Order;

If this Court finds that Respondents have sufficiently demonstrated a need to review a Petitioner's seized attorney-client materials as part of the NCIS investigation, a Special Master or other third party shall be appointed to review such seized material in accordance with the Court's further instructions;

      Upon completion of the Special Master's (or other appointee's) review and upon further order by the Court, counsel for each Petitioner subject to the motion shall review Petitioner's seized materials and shall arrange for the immediate return of all attorney-client material to Petitioner (except to the extent certain materials are retained pursuant to further orders from the Court) through the procedures for Legal Mail set forth in the Protective Order.

      **IT IS SO ORDERED.**

DATED: August _____, 2006

                                                                  REGGIE B. WALTON
                                                                    United States District Judge