## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW):  Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Abdul Haq | 004 | No | | |
| Sad Al Materi | 005 | No | | |
| Maged LNU | 025 | Yes | Yes | Majid Abdulla Al Joudi in *Al Joudi v. Bush*, No. 05-CV-0301 (GK) |
| Fahd LNU | 026 | Yes | No | |
| Fahd Abu Hafsa | 026 | Yes | No | |
| Khader LNU | 034 | Yes | No | |
| Alkhadr Abdullah Al Yafie | 034 | Yes | No | |
| Mahmood LNU | 036 | Yes | Yes | Ibrahim Osman Ibrahim Idris in *Idris v. Bush*, No. 05-CV-1555 (JR) |
| Abdullah Al Rahabi | 037 | Yes | Yes | Abdulmalik Abdulwahab Al-Rahabi in *Abdah v. Bush*, No. 05-CV-1254 (HHK) |
| Saif Ullah | 046 | Yes | No | |
| Mohammed Al Palestini | 049 | No | | |
| Slaim Harbi | 057 | No | | |

# APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Mishal Al Madany | 058 | Yes | Yes | Musa Al Madany in *Al-Oshan v. Bush*, No. 05-CV-0520 (RMU) |
| Najeeb LNU | 075 | No | | |
| Fahd Al Haraazi | 079 | Yes | No | |
| Waleed LNU | 081 | Yes | No | |
| Walid LNU | 081 | Yes | No | |
| Elham Bataif | 084 | No | | |
| Yusuf Asshihri | 114 | No | | |
| Ghalib Fahani | 128 | No | | |
| Adel Ben Ahmad Al Hakeemy | 168 | No | | |
| Mohammed Rimi | 194 | Yes | No | |
| Sad Al Gahtani | 200 | Yes | Yes | Saad Al Qahtaani in *Said v. Bush*, No. 05-CV-2384 (RWR) |
| Fahd Al-Fawzan | 218 | Yes | No | |
| Abdurazzak LNU | 219 | Yes | Yes | Abdur Razakah in *Razakah v. Bush*, No. 05-CV-2370 (EGS) |

2

**APPENDIX 2**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Omar LNU | 222 | Yes | No | |
| Mohsen LNU | 223 | Yes | No | |
| Abdul-Rahman Abdo Abulghaith Sulaiman | 223 | Yes | No | |
| Nabil LNU | 238 | No | | |
| Mohammed LNU | 250 | Yes | No | |
| Ali LNU | 250 | Yes | No | |
| Riyadh Ateek Ali Abdu Al Haj | 256 | Yes | Yes | Riyad Atag Ali Abdoh Al Haj in *Anam v. Bush*, No. 05-CV-1194 (HHK) |
| Abdullah Bo Omer Hamza Yoyej | 257 | No | | |
| Mohmad Ahmad Al Kara'any | 269 | Yes | Yes | Yousuf Al Karany in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |
| Mohammed Hamid Qurany | 269 | Yes | Yes | Yousuf Al Karany in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |

3

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Sader LNU | 277 | No | | |
| Abdul Anasser | 278 | Yes | Yes | Abdunasir Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| Khalid LNU | 280 | Yes | Yes | Khalid LNU in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| Abu Baker | 283 | No | | |
| Jalal Jalaldin | 285 | Yes | Yes | Jalaal Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| Abdurahman LNU | 285 | Yes | Yes | Jalaal Doe in *Kiyemba v. Bush*, No. 05-CV-1509 (RMU) |
| Alla Al Mossary | 287 | No | | |

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Ahmed Ben Bacha | 290 | No | | |
| Saalih LNU | 298 | No | | |
| Abdul Salam Deiff | 306 | No | | |
| Khald Al Barkati | 322 | Yes | No | |
| Abu Rawda | 326 | Yes | No | |
| Yakub LNU | 327 | No | | |
| Hammad LNU | 328 | No | | |
| Bilal LNU | 330 | Yes | No | |
| Bilal LNU | 330 | Yes | No | |
| Bandar Al Shaibani | 332 | Yes | Yes | Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany in *Al-Shabany v. Bush*, No. 05-CV-2029 (JDB) |
| Seed Farha | 341 | Yes | No | |
| Abdurahman LNU | 369 | Yes | Yes | Adel Fattouh Aly Ahmed Algazzar in *El-Mashad v. Bush*, No. 05-CV-0270 (JR) |

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Mustafa Al Shamili | 434 | Yes | No | |
| Jabbarov Oybek Jamolovich | 452 | Yes | No | |
| Saleh Mohammed Ali Azoba | 501 | No | | |
| Adil LNU | 502 | Yes | No | |
| Adel Al Tunisi | 502 | Yes | No | |
| Abdulal Al Thani | 514 | Yes | Yes | Abdulla Thani Faris Al-Anazi in *Al-Anazi v. Bush*, No. 05-CV-0345 (JDB) |
| Maher El Falesteny | 519 | Yes | No | |
| Maher LNU | 519 | Yes | No | |
| Abdullah LNU | 528 | No | | |
| Tarek LNU | 535 | No | | |
| Jabir Al Quatany | 650 | Yes | No | |
| Abdullah Al Quatany | 652 | No | | |
| Abdullah Hamid Musleh Qahtany | 652 | No | | |
| Abin Alhamed Abid Alsallam Alkesawi | 654 | Yes | No | |
| Abdurrachman LNU | 659 | Yes | No | |

6

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Abu Hadaifa | 662 | No | | |
| Abdulal LNU | 682 | Yes | Yes | Ghassan Abdullah Al Sharbi in *Al Sharbi v. Bush*, No. 05-CV-2348 (EGS) |
| Mohammed Abdullah Taha Mattan | 684 | No | | |
| Abdal Razak Ali | 685 | Yes | No | |
| Abdulaziz LNU | 687 | Yes | No | |
| Mohammed Ahmed Slam Al-Khateeb | 689 | Yes | No | |
| Sofiane Mohammed Berhoumi | 694 | No | | |
| Shafiq LNU | 694 | No | | |
| Omar Mohamad Khalifah | 695 | Yes | Yes | Omar Mohammed Khalifh in *Khalifh v. Bush*, No. 05-CV-1189 (JR) |
| Omar Kalifa Mohammed | 695 | Yes | Yes | Omar Mohammed Khalifh in *Khalifh v. Bush*, No. 05-CV-1189 (JR) |

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Samir LNU | 707 | No | | |
| Hamad LNU | 712 | No | | |
| Hamad LNU | 712 | No | | |
| Hammad LNU | 712 | No | | |
| Abdulhadi Al Hamami | 717 | Yes | Yes | Abdul Al Hadi in *Sliti v. Bush*, No. 05-CV-0429 (RJL) |
| Boucetta Fihi | 718 | No | | |
| Dr. Abu Muhammed | 718 | No | | |
| Abu Mohammed | 718 | No | | |
| Dr. Abu Mohammed | 718 | No | | |
| Abdallah LNU | 721 | No | | |
| Jihad LNU | 722 | Yes | No | |
| Jamil Ahmad Saeed | 728 | No | | |
| Abdul Aziz Naji | 744 | Yes | No | |
| Ibraheem Zaidan | 761 | Yes | Yes | Ibrahim Mahdi Ahmed Zaidan in *Kabir v. Bush*, No. 05-CV-0431 (RJL |

8

# APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW):  Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Omar Ahmad | 766 | Yes | Yes | Omar Khadr in *Khadr v. Bush*, No. 05-CV-1136 (JDB) |
| Tofiq Nasser Awadh Al Bihani | 893 | No | | |
| Mohammed Abdur Rahman | 894 | Yes | Yes | Mohammed Abdul Rahman in *Alhami v. Bush*, No. 05-CV-0359 (GK) |
| Amer Mohammon | 939 | Yes | No | |
| Adel Hassan | 940 | Yes | Yes | Adel Hassan Hamad in *Hamad v. Bush*, No. 05-CV-1009 (JDB) |
| Omar Rahmah | 1017 | Yes | No | |
| Zein Al-Abedeen | 1095 | Yes | No | |
| Sanad Ali Alkaliemi | 1453 | Yes | No | |
| Omier Ba Atash | 1456 | Yes | Yes | Hassan Bin Attash in *Attash v. Bush*, No. 05-CV-1592 (RCL) |
| Shargowi LNU | 1457 | No | | |

9

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Badr LNU | 1461 | Yes | Yes | Ahmmed Ghulam Rabbani in *Rabbani v. Bush*, No. 05-CV-1607 (RMU) |
| Zeyad Al Gassmy | Unidentified | | | |
| Khald LNU | Unidentified | | | |
| Salman Al Bahri | Unidentified | | | |
| Abu Rahan | Unidentified | | | |
| Ali Al Kazmi | Unidentified | | | |
| Rashed Al Qamdi | Unidentified | | | |
| Nabil Hadj | Unidentified | | | |
| Hadj Arab Nabil | Unidentified | | | |
| Abdullah LNU | Unidentified | | | |
| Ridwaan Al Magrebi | Unidentified | | | |
| Ali Waili Khavimi | Unidentified | | | |
| Abdurahman LNU | Unidentified | | | |
| Ali LNU | Unidentified | | | |
| Abu Rad Al Jofi | Unidentified | | | |

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW): Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Moosa LNU | Unidentified | | | |
| Mashal LNU | Unidentified | | | |
| Mohammed Zahrani | Unidentified | | | |
| Abu Ahmed Al Jofi | Unidentified | | | |
| Adel LNU | Unidentified | | | |
| Yagoob Al Soury | Unidentified | | | |
| Mohammed Harbi | Unidentified | | | |
| Fahmi LNU | Unidentified | | | |
| Said Al Russi | Unidentified | | | |
| Amir LNU | Unidentified | | | |
| Shah Baba | Unidentified | | | |
| Abd Al Zaher | Unidentified | | | |
| Saleh LNU | Unidentified | | | |
| Abu Ahmed | Unidentified | | | |
| Abdul Rhman | Unidentified | | | |
| Zaker Chan | Unidentified | | | |
| Abdul Rahman | Unidentified | | | |
| Osama LNU | Unidentified | | | |
| Mohamed Hmadi | Unidentified | | | |

11

## APPENDIX 2

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW):  Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Esam LNU | Unidentified | | | |
| Mohamed Ali | Unidentified | | | |
| Edress LNU | Unidentified | | | |
| Sharaf Al Sanani | Unidentified | | | |
| Seed LNU | Unidentified | | | |
| Mahamoud Al Bhar | Unidentified | | | |
| Ali Al Qatari | Unidentified | | | |
| Abdunoor (Abdurahman) LNU | Unidentified | | | |
| Faisil LNU | Unidentified | | | |
| Abu Abdullah | Unidentified | | | |
| Zabin Thaha Assammery | Unidentified | | | |
| Mohammed LNU | Unidentified | | | |
| Abu Ahmed | Unidentified | | | |
| Abdullah LNU | Unidentified | | | |
| Sabel LNU | Unidentified | | | |
| Thabid LNU | Unidentified | | | |
| Esmail Ali Ahmad Khalip | Unidentified | | | |
| Isam Himed Ali | Unidentified | | | |
| Mohammed Ahmed Saeed Hidar | Unidentified | | | |

**APPENDIX 2**

**Petitioners in *Mohammon v. Bush*, No. 05-CV-2386 (RBW):  Chart indicating (1) whether petitioners had materials seized in connection with NCIS investigation; and, if so, (2) whether respondents have good faith basis to believe that petitioners had privileged communications with counsel, either in the *Mohammon* case or a duplicate case, prior to June 18, 2006**

| Petitioner's Name | ISN | Materials Seized | Possible Attorney-Client Communications Before June 18, 2006 | Duplicate Case With Possible Attorney-Client Communications Before June 18, 2006 |
|---|---|---|---|---|
| Hasan Yaunas Balgaid | Unidentified | | | |
| Abdal Rauf Asibi | Unidentified | | | |
| Faris Darnawi | Unidentified | | | |
| Saib Darnawi | Unidentified | | | |
| Salih LNU | Unidentified | | | |
| Muhammed Dawood | Unidentified | | | |
| Ahmed Tripoli | Unidentified | | | |
| Abdullah Ajaibi | Unidentified | | | |
| Ahmed Omar | Unidentified | | | |
| Fadl Dahimi | Unidentified | | | |