CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, )<br>)<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et. al.*, )<br>)<br>Respondents/Defendants. )<br>) | Case No. 1:05-CV-02104 (RBW) |

## NOTICE

Pursuant to the Court's Order on August 4, 2006, Petitioners, through their undersigned counsel, submit this Notice concerning the extent of any privileged correspondence between Petitioners and counsel. To date, there has been no communication of any kind between counsel and Petitioners Khalid Mohammed Al Thabbi or Saleh Mohammed Seleh Al Thabbii, because Respondents, to date, have not identified either Petitioner as a current detainee at the Guantánamo Bay Naval Base. Counsel has sent privileged correspondence to and/or received privileged correspondence from all other Petitioners.

Dated: August 15, 2006
      New York, NY

                              Respectfully submitted,
                              Counsel for Petitioners:

                              _____
                              Wesley R. Powell
                              wpowell@hunton.com
                              Patrick Train-Gutiérrez
                              ptrain-gutierrez@hunton.com
                              HUNTON & WILLIAMS LLP
                              200 Park Avenue
                              New York, NY 100166

(212) 309-1000
(212) 309-1100 (facsimile)

Karma B. Brown
kbbrown@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500
(202) 778-2201 (facsimile)


*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

2