IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, *et. al.*, <br><br> Respondents/Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-02104 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING

Petitioners Issam Hamid Ali Bin Ali Al Jayfi, Othman Ali Mohammed Al Shamrany, Ali Hamza Ahmed Suliman Bahlool, and Abdul Al Qader Ahmed Hussain, through their next friends and undersigned counsel, hereby give notice of filing of their Opposition to Respondents' Motion to Dismiss. This filing has been sent to the CSO for review prior to filing.

Respectfully submitted,

Counsel for Petitioners:

_____
Wesley R. Powell
wpowell@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
(212) 309-1100 (facsimile)

                    Karma B. Brown (Bar No. 479744)
                    kbbrown@hunton.com
                    Thomas R. Snider (Bar No. 477661)
                    HUNTON & WILLIAMS LLP
                    1900 K. Street, N.W.
                    Washington, DC  20006
                    (202) 955-1500
                    (202) 778-2201 (facsimile)

May 3, 2007
Washington, D.C.