# INDEX -- Individual status reports listed by civil action number

| Case No. | Judge | Detainee Name | ISN | Bates Numbers |
|---|---|---|---|---|
| 02-CV-0828 | Kollar-Kotelly | Khalid Abdullah Mishal Al Mutairi | 00213 | 1 |
| 02-CV-0828 | Kollar-Kotelly | Fawzi Khalid Abdullah Fahad Al Odah | 00232 | 3 |
| 02-CV-0828 | Kollar-Kotelly | Fwad Mahmoud Al Rabiah | 00551 | 5 |
| 02-CV-0828 | Kollar-Kotelly | Fayiz Mohammed Ahmed Al Kandari | 00552 | 7 |
| 04-CV-1136 | Bates | Omar Khadr | 00766 | 9 |
| 04-CV-1164 | Walton | Falen Gherebi | 00189 | 11 |
| 04-CV-1194 | Kennedy | Ali Ahmed Mohammed Al Rezehi | 00045 | 13 |
| 04-CV-1194 | Kennedy | Ali Yahya Mahdi | 00167 | 15 |
| 04-CV-1194 | Kennedy | Saeed Ahmed Mohammed Al Sarim | 00235 | 17 |
| 04-CV-1194 | Kennedy | Khaled Ahmed Qassim Muse'd | 00242 | 19 |
| 04-CV-1194 | Kennedy | Riyad Atag Ali Abdoh Al Haj | 00256 | 21 |
| 04-CV-1194 | Kennedy | Abdul Khaleq Ahmed Sahleh Al-Baidhani | 00553 | 23 |
| 04-CV-1194 | Kennedy | Jalal Salim Bin Amer | 00564 | 25 |
| 04-CV-1194 | Kennedy | Suhail Abdoh Anam | 00569 | 27 |
| 04-CV-1194 | Kennedy | Abdualaziz Abdoh Abdullah Ali Al Swidhi | 00578 | 29 |
| 04-CV-1194 | Kennedy | Emad Abdullah Hassan | 00680 | 31 |
| 04-CV-1194 | Kennedy | Fahmi Abdullah Ahmed Al Tawlaqi | 00688 | 33 |
| 04-CV-1194 | Kennedy | Bashir Nasir Ali Al Marwalah | 00837 | 35 |
| 04-CV-1194 | Kennedy | Musa'ab Omar Al Mudwani | 00839 | 37 |
| 04-CV-1254 | Kennedy | Othman Abdulraheem Mohammad | 00027 | 39 |
| 04-CV-1254 | Kennedy | Mahmoad Abdah | 00031 | 41 |
| 04-CV-1254 | Kennedy | Farouk Ali Ahmed Saif | 00032 | 43 |
| 04-CV-1254 | Kennedy | Abdulmalik Abdulwahhab Al-Rahabi | 00037 | 45 |
| 04-CV-1254 | Kennedy | Majid Mahmoud Ahmed | 00041 | 47 |
| 04-CV-1254 | Kennedy | Makhtar Yahia Naji Al-Wrafie | 00117 | 49 |
| 04-CV-1254 | Kennedy | Adnan Farhan Abdul Latif | 00156 | 51 |
| 04-CV-1254 | Kennedy | Adil Saeed El Haj Obaid | 00165 | 53 |
| 04-CV-1254 | Kennedy | Salman Yahaldi Hsan Mohammed Saud | 00508 | 55 |
| 04-CV-1254 | Kennedy | Yasein Khasem Mohammad Esmail | 00522 | 57 |
| 04-CV-1254 | Kennedy | Jamal Mar'I | 00577 | 59 |
| 04-CV-1254 | Kennedy | Mohamed Mohamed Hassan Odaini | 00681 | 61 |
| 04-CV-1937 | Friedman | Ibrahim Ahmed Mahmoud Al Qosi | 00054 | 63 |
| 04-CV-2022 | Friedman | Saifullah Paracha | 01094 | 65 |
| 04-CV-2035 | Kessler | Jarallah Al-Marri | 00334 | 67 |
| 04-CV-2046 | Kollar-Kotelly | Ahcene Zemiri | 00533 | 69 |

# INDEX -- Individual status reports listed by civil action number

| 04-CV-2215 | Collyer | Shaker Abdurraheem Aamer | 00239 | 71 |
|---|---|---|---|---|
| 05-CV-0023 | Roberts | Hani Saleh Rashid Abdullah | 00841 | 73 |
| 05-CV-0247 | Kennedy | Mahmood Salim Al-Mohammed | 00537 | 75 |
| 05-CV-0270 [consol. with 05-270] | Robertson | Sherif el-Mashad | 00190 | 77 |
| 05-CV-0270 [consol. with 05-270] | Robertson | Adel Fattouh Aly Ahmed Algazzar | 00369 | 80 |
| 05-CV-0280 | Kessler | Muhammad Al-Adahi | 00033 | 82 |
| 05-CV-0280 | Kessler | Muhammad Ali Abdullah Bawazir | 00440 | 84 |
| 05-CV-0280 | Kessler | Suleiman Awadh Bin Aqil Al-Nahdi | 00511 | 86 |
| 05-CV-0280 | Kessler | Fahmi Salem Al-Assani | 00554 | 88 |
| 05-CV-0280 | Kessler | Zahir Omar Khamis Bin Hamdoon | 00576 | 90 |
| 05-CV-0329 | Friedman | Ahmed Abdullah Al-Wazan | 00197 | 92 |
| 05-CV-0359 | Kessler | Rafiq Bin Bashir Bin Jallul Alhami | 00892 | 94 |
| 05-CV-0359 | Kessler | Mohammed Abdul Rahman | 00894 | 96 |
| 05-CV-0392 | Huvelle | Jamel Ameziane | 00310 | 98 |
| 05-CV-0492 | Robertson | Ahamed Abdul Aziz | 00757 | 100 |
| 05-CV-0520 | Urbina | Abdul Rahman Shalby | 00042 | 102 |
| 05-CV-0526 | Urbina | Abd Al Nisr Khan Tumani | 00307 | 104 |
| 05-CV-0526 | Urbina | Muhammed Khan Tumani | 00312 | 106 |
| 05-CV-0569 | Robertson | Mohammedou Ould Salahi | 00760 | 108 |
| 05-CV-0634 | Roberts | Omer Saeed Salem Al Daini | 00549 | 110 |
| 05-CV-0748 | Collyer | Sameer Najy Hasan Mukbel | 00043 | 112 |
| 05-CV-0748 | Collyer | Mohsen Abdrub Aboassy | 00091 | 114 |
| 05-CV-0748 | Collyer | Mohammed Saeed Bin Salman | 00251 | 116 |
| 05-CV-0763 | Bates | Adel Hamlily | 01452 | 118 |
| 05-CV-0764 | Kollar-Kotelly | Abdul Latif Mohammed Nasser | 00244 | 120 |
| 05-CV-0877 | Robertson | Khiali-Gul | 00928 | 122 |
| 05-CV-0883 | Walton | Karin Bostan | 00975 | 124 |
| 05-CV-0889 | Huvelle | Yasin Muhammed Basardh | 00252 | 126 |
| 05-CV-0892 | Kollar-Kotelly | Ali Hussian Mohammad Muety Shaaban | 00327 | 128 |
| 05-CV-0993 | Urbina | Mohammad Mustafa Sohail | 01008 | 130 |
| 05-CV-0994 | Bates | Kasimbekov Komoliddin Tohirjanovich | 00675 | 132 |
| 05-CV-0998 | Urbina | Arkan Mohammad Ghafil Al Karim | 00653 | 134 |
| 05-CV-0999 | Walton | Asim Ben Thabit Al-Khalaqi | 00152 | 136 |
| 05-CV-1048 | Urbina | Abdulsalam Ali Abdulrahman Al-Hela | 01463 | 138 |
| 05-CV-1124 | Collyer | Wali Mohammed Morafa | 00560 | 140 |
| 05-CV-1189 | Robertson | Omar Mohammed Khalifh | 00695 | 142 |
| 05-CV-1220 | Urbina | Abu Abdul Rauf Zalita | 00709 | 144 |

# INDEX -- Individual status reports listed by civil action number

| | | | | |
|---|---|---|---|---|
| 05-CV-1236 [consol. with 05-1623] | Roberts | Abdulzaher | 00753 | 146 |
| 05-CV-1244 | Kollar-Kotelly | Tariq Mahmoud Alsawam | 00535 | 148 |
| 05-CV-1347 | Kessler | Farhi Saeed bin Mohammed | 00311 | 150 |
| 05-CV-1353 | Collyer | Motai Saib | 00288 | 152 |
| 05-CV-1429 | Urbina | Saeed Mohammed Saleh Hatim | 00255 | 154 |
| 05-CV-1429 | Urbina | Mohammed Nasser Yahia Abdullah Khussrof | 00509 | 156 |
| 05-CV-1457 | Kessler | Jihad Dhiab | 00722 | 158 |
| 05-CV-1487 | Collyer | Jawad Jabber Sadkhan | 00433 | 160 |
| 05-CV-1490 | Friedman | Abdul Hadi Omer Hamoud Faraj | 00329 | 162 |
| 05-CV-1497 | Lamberth | Adil Bin Muhammad Al Wirghi | 00502 | 164 |
| 05-CV-1504 | Collyer | Nabil (Last Name Being Unknown) | 00238 | 166 |
| 05-CV-1505 | Collyer | Abbar Sufian Al Hawary | 01016 | 168 |
| 05-CV-1506 | Collyer | Shafiiq (Last Name Being Unknown) | 00694 | 170 |
| 05-CV-1509 | Urbina | Abdusabur Doe | 00275 | 173 |
| 05-CV-1509 | Urbina | Abdunasir Doe | 00278 | 175 |
| 05-CV-1509 | Urbina | Khalid Doe | 00280 | 177 |
| 05-CV-1509 | Urbina | Saabir Doe | 00282 | 179 |
| 05-CV-1509 | Urbina | Jalaal Doe | 00285 | 181 |
| 05-CV-1509 | Urbina | Abdusamad Doe | 00295 | 183 |
| 05-CV-1509 | Urbina | Hudhaifa Doe | 00320 | 185 |
| 05-CV-1509 | Urbina | Hammad Doe | 00328 | 187 |
| 05-CV-1555 [consol. With 05-CV-1725] | Robertson | Ibrahim Osman Ibrahim Idris | 00036 | 189 |
| 05-CV-1592 | Lamberth | Hassan Bin Attash | 01456 | 191 |
| 05-CV-1601 | Kessler | Hamid Al Razak | 01119 | 193 |
| 05-CV-1602 | Huvelle | Edham Mamet | 00102 | 195 |
| 05-CV-1607 | Urbina | Abdul Raheem Ghulam Rabbani | 01460 | 197 |
| 05-CV-1607 | Urbina | Ahmmed Ghulam Rabbani | 01461 | 199 |
| 05-CV-1638 | Kollar-Kotelly | Mohammed Rajeb Abu Ghanem | 00044 | 201 |
| 05-CV-1645 | Friedman | Hussain Salem Mohammed Almerfedi | 01015 | 203 |
| 05-CV-1646 | Bates | Waleed Saeed Bn Saeed Zaid | 00550 | 205 |
| 05-CV-1678 | Kessler | Alla Ali Bin Ali Ahmed | 00692 | 207 |
| 05-CV-1704 | Robertson | Arkeen Doe | 00103 | 209 |
| 05-CV-1704 | Robertson | Sadar Doe | 00277 | 211 |
| 05-CV-1971 | Collyer | Mohammed al-Qahtani | 00063 | 213 |
| 05-CV-1983 | Urbina | Ismail Alkhemisi | 00708 | 215 |
| 05-CV-2088 | Roberts | Khaled Abd Elgabar Mohammed Othman | 00163 | 217 |
| 05-CV-2104 | Walton | Ali Hamza Ahmed Suliman Bahlool | 00039 | 219 |

# INDEX -- Individual status reports listed by civil action number

| | | | | |
|---|---|---|---|---|
| 05-CV-2104 | Walton | Othman Ali Mohammed Al Shamrany | 00171 | 221 |
| 05-CV-2104 | Walton | Abdul Al Qader Ahmed Hussain | 00690 | 223 |
| 05-CV-2185 | Robertson | Abdu Al-Qader Hussain Al-Mudafari | 00040 | 225 |
| 05-CV-2186 | Huvelle | Hayal Aziz Ahmed Al-Mithali | 00840 | 227 |
| 05-CV-2199 | Kennedy | Abd Al Hakim Ghalib Ahmad Alhag | 00686 | 229 |
| 05-CV-2249 | Collyer | Mohammed Abudul Rahman Al-Shimrani | 00195 | 231 |
| 05-CV-2349 | Collyer | Ahmed Ben Bacha | 00290 | 233 |
| 05-CV-2367 | Roberts | Abdul Haq | 00004 | 235 |
| 05-CV-2367 | Roberts | Mohammad Wabi Umari | 00832 | 237 |
| 05-CV-2367 | Roberts | Mohammad Zahir | 01103 | 239 |
| 05-CV-2367 | Roberts | Mohammad Rahim | 01104 | 241 |
| 05-CV-2371 | Lamberth | Ahmad Mohammed Al Darbi | 00768 | 243 |
| 05-CV-2378 | Bates | Abdul Hamid Abdul Salam Al-Ghizzawi | 00654 | 245 |
| 05-CV-2379 | Robertson | Adham Mohammed Ali Awad | 00088 | 247 |
| 05-CV-2380 | Kollar-Kotelly | Zakaria Al-Baidany | 01017 | 249 |
| 05-CV-2384 | Roberts | Saad Al Qahtaani | 00200 | 251 |
| 05-CV-2384 | Roberts | Mohammed Zahrani | 00713 | 253 |
| 05-CV-2385 | Urbina | Sabry Mohammed | 00570 | 255 |
| 05-CV-2385 | Urbina | Muhammed Saad Iqbal Madni | 00743 | 255 |
| 05-CV-2385 | Urbina | Saki Bacha | 00900 | 255 |
| 05-CV-2385 | Urbina | Mohammed Kameen | 01045 | 255 |
| 05-CV-2386 | Walton | Ahmed Omar | 00030 | 260 |
| 05-CV-2386 | Walton | Alkhadr Abdullah Al Yafie | 00034 | 260 |
| 05-CV-2386 | Walton | Edress LNU | 00035 | 260 |
| 05-CV-2386 | Walton | Saif Ullah | 00046 | 260 |
| 05-CV-2386 | Walton | Mohammed Al Palestini | 00049 | 260 |
| 05-CV-2386 | Walton | Abd Al Zaher | 00089 | 260 |
| 05-CV-2386 | Walton | Adil Bin Mabrouk | 00148 | 260 |
| 05-CV-2386 | Walton | Sharaf Al Sanani | 00170 | 260 |
| 05-CV-2386 | Walton | Abdul-rahman Abdo Abulghaith Sulaiman | 00223 | 260 |
| 05-CV-2386 | Walton | Abdullah Bo Omer Hamza Yoyej | 00257 | 260 |
| 05-CV-2386 | Walton | Abdurahman LNU | 00281 | 260 |
| 05-CV-2386 | Walton | Abu Rawda | 00326 | 260 |
| 05-CV-2386 | Walton | Bilal LNU | 00330 | 260 |
| 05-CV-2386 | Walton | Mustafa Al Shamili | 00434 | 260 |
| 05-CV-2386 | Walton | Abdurahman LNU | 00441 | 260 |
| 05-CV-2386 | Walton | Jabbarov Oybek Jamolovich | 00452 | 260 |
| 05-CV-2386 | Walton | Ali LNU | 00455 | 260 |
| 05-CV-2386 | Walton | Mohammed Ahmed Saweed Hidar | 00498 | 260 |
| 05-CV-2386 | Walton | Maher El Falesteny | 00519 | 260 |
| 05-CV-2386 | Walton | Adel LNU | 00584 | 260 |

# INDEX -- Individual status reports listed by civil action number

| | | | | |
|---|---|---|---|---|
| 05-CV-2386 | Walton | Mohammed Abdullah Taha Mattan | 00684 | 260 |
| 05-CV-2386 | Walton | Abdal Razak Ali | 00685 | 260 |
| 05-CV-2386 | Walton | Abdulaziz LNU | 00687 | 260 |
| 05-CV-2386 | Walton | Mohammed Ahmed Slam Al-Khateeb | 00689 | 260 |
| 05-CV-2386 | Walton | Samir LNU | 00707 | 260 |
| 05-CV-2386 | Walton | Jamil Ahmad Saeed | 00728 | 260 |
| 05-CV-2386 | Walton | Abdul Aziz Naji | 00744 | 260 |
| 05-CV-2386 | Walton | Tofiq Nasser Awadh Al Bihani | 00893 | 260 |
| 05-CV-2386 | Walton | Sanad Ali Alkaliemi | 01453 | 260 |
| 05-CV-2386 | Walton | Shargowi LNU | 01457 | 260 |
| 05-CV-2387 | Collyer | Jobran Saad Al-Quhtani | 00696 | 267 |
| 05-CV-2398 | Huvelle | Ali | 00250 | 269 |
| 05-CV-2398 | Huvelle | Thabid | 00289 | 271 |
| 05-CV-2479 | Kennedy | Ravil Mingazov | 00702 | 273 |
| 05-CV-2479 [consol. with 05-2479] | Kennedy | Zainulabidin Merozhev | 01095 | 275 |
| 06-CV-0618 | Roberts | Abdulli Feghoul | 00292 | 277 |
| 06-CV-1668 | Kennedy | Tariq Ali Abdullah Ba Odah | 00178 | 279 |
| 06-CV-1668 | Kennedy | Mohammed Abdullah Mohammed Ba Odah | 00249 | 281 |
| 06-CV-1684 | Kessler | Mohammed Ahmed Taher | 00679 | 283 |
| 06-CV-1690 | Khan | Majid Khan | 10020 | 285 |
| 06-CV-1758 | Collyer | Faiz Ahmed Yahia Suliman | 00153 | 287 |
| 06-CV-1761 | Huvelle | Achraf Salim Abdessalam | 00263 | 289 |
| 06-CV-1765 | Kennedy | Iyob Murshad Ali Saleh | 00836 | 291 |
| 06-CV-1766 | Kennedy | Fadhel Hussein Saleh Hentif | 00259 | 293 |
| 06-CV-1767 | Urbina | Mashour Abdullah Muqbel Alsabri | 00324 | 295 |
| 06-CV-1767 | Urbina | Mohamed Al-Zarnouqi | 00691 | 297 |
| 07-CV-1710 | Walton | Abdulrahman Muhammad Saleh Nasser | 00115 | 299 |
| 07-CV-2337 | Kennedy | Ridah Bin Saleh Al Yazidi | 00038 | 301 |
| 07-CV-2338 | Kennedy | Abdurrahman Abdallah Ali Mahmoud Al Shubati | 00224 | 303 |
| 08-CV-0987 | Bates | Moammar Badawi Dokhan | 00317 | 305 |
| 08-CV-1085 | Friedman | Abddul Rahim Hussein Muhammed Ali Nashir | 10015 | 307 |
| 08-CV-1101 | Bates | Shawali Khan | 00899 | 310 |
| 08-CV-1104 | Kollar-Kotelly | Bashir Ghalaab | 00175 | 312 |
| 08-CV-1153 | Kennedy | Mohammed Sulaymon Barre | 00567 | 314 |

# INDEX -- Individual status reports listed by judge assignment

| Case No. | Judge | Detainee Name | ISN | Bates Numbers |
|---|---|---|---|---|
| 04-CV-1136 | Bates | Omar Khadr | 00766 | 9 |
| 05-CV-0763 | Bates | Adel Hamlily | 01452 | 118 |
| 05-CV-0994 | Bates | Kasimbekov Komoliddin Tohirjanovich | 00675 | 132 |
| 05-CV-1646 | Bates | Waleed Saeed Bn Saeed Zaid | 00550 | 205 |
| 05-CV-2378 | Bates | Abdul Hamid Abdul Salam Al-Ghizzawi | 00654 | 245 |
| 08-CV-0987 | Bates | Moammar Badawi Dokhan | 00317 | 305 |
| 08-CV-1101 | Bates | Shawali Khan | 00899 | 310 |
| 04-CV-2215 | Collyer | Shaker Abdurraheem Aamer | 00239 | 71 |
| 05-CV-0748 | Collyer | Sameer Najy Hasan Mukbel | 00043 | 112 |
| 05-CV-0748 | Collyer | Mohsen Abdrub Aboassy | 00091 | 114 |
| 05-CV-0748 | Collyer | Mohammed Saeed Bin Salman | 00251 | 116 |
| 05-CV-1124 | Collyer | Wali Mohammed Morafa | 00560 | 140 |
| 05-CV-1353 | Collyer | Motai Saib | 00288 | 152 |
| 05-CV-1487 | Collyer | Jawad Jabber Sadkhan | 00433 | 160 |
| 05-CV-1504 | Collyer | Nabil (Last Name Being Unknown) | 00238 | 166 |
| 05-CV-1505 | Collyer | Abbar Sufian Al Hawary | 01016 | 168 |
| 05-CV-1506 | Collyer | Shafiiq (Last Name Being Unknown) | 00694 | 170 |
| 05-CV-1971 | Collyer | Mohammed al-Qahtani | 00063 | 213 |
| 05-CV-2249 | Collyer | Mohammed Abudul Rahman Al-Shimrani | 00195 | 231 |
| 05-CV-2349 | Collyer | Ahmed Ben Bacha | 00290 | 233 |
| 05-CV-2387 | Collyer | Jobran Saad Al-Quhtani | 00696 | 267 |
| 06-CV-1758 | Collyer | Faiz Ahmed Yahia Suliman | 00153 | 287 |
| 04-CV-1937 | Friedman | Ibrahim Ahmed Mahmoud Al Qosi | 00054 | 63 |
| 04-CV-2022 | Friedman | Saifullah Paracha | 01094 | 65 |
| 05-CV-0329 | Friedman | Ahmed Abdullah Al-Wazan | 00197 | 92 |
| 05-CV-1490 | Friedman | Abdul Hadi Omer Hamoud Faraj | 00329 | 162 |
| 05-CV-1645 | Friedman | Hussain Salem Mohammed Almerfedi | 01015 | 203 |
| 08-CV-1085 | Friedman | Abddul Rahim Hussein Muhammed Ali Nashir | 10015 | 307 |
| 05-CV-0392 | Huvelle | Jamel Ameziane | 00310 | 98 |
| 05-CV-0889 | Huvelle | Yasin Muhammed Basardh | 00252 | 126 |
| 05-CV-1602 | Huvelle | Edham Mamet | 00102 | 195 |
| 05-CV-2186 | Huvelle | Hayal Aziz Ahmed Al-Mithali | 00840 | 227 |
| 05-CV-2398 | Huvelle | Ali | 00250 | 269 |
| 05-CV-2398 | Huvelle | Thabid | 00289 | 271 |
| 06-CV-1761 | Huvelle | Achraf Salim Abdessalam | 00263 | 289 |
| 04-CV-1194 | Kennedy | Ali Ahmed Mohammed Al Rezehi | 00045 | 13 |
| 04-CV-1194 | Kennedy | Ali Yahya Mahdi | 00167 | 15 |
| 04-CV-1194 | Kennedy | Saeed Ahmed Mohammed Al Sarim | 00235 | 17 |
| 04-CV-1194 | Kennedy | Khaled Ahmed Qassim Muse'd | 00242 | 19 |

# INDEX -- Individual status reports listed by judge assignment

| 04-CV-1194 | Kennedy | Riyad Atag Ali Abdoh Al Haj | 00256 | 21 |
|---|---|---|---|---|
| 04-CV-1194 | Kennedy | Abdul Khaleq Ahmed Sahleh Al-Baidhani | 00553 | 23 |
| 04-CV-1194 | Kennedy | Jalal Salim Bin Amer | 00564 | 25 |
| 04-CV-1194 | Kennedy | Suhail Abdoh Anam | 00569 | 27 |
| 04-CV-1194 | Kennedy | Abdualaziz Abdoh Abdullah Ali Al Swidhi | 00578 | 29 |
| 04-CV-1194 | Kennedy | Emad Abdullah Hassan | 00680 | 31 |
| 04-CV-1194 | Kennedy | Fahmi Abdullah Ahmed Al Tawlaqi | 00688 | 33 |
| 04-CV-1194 | Kennedy | Bashir Nasir Ali Al Marwalah | 00837 | 35 |
| 04-CV-1194 | Kennedy | Musa'ab Omar Al Mudwani | 00839 | 37 |
| 04-CV-1254 | Kennedy | Othman Abdulraheem Mohammad | 00027 | 39 |
| 04-CV-1254 | Kennedy | Mahmoad Abdah | 00031 | 41 |
| 04-CV-1254 | Kennedy | Farouk Ali Ahmed Saif | 00032 | 43 |
| 04-CV-1254 | Kennedy | Abdulmalik Abdulwahhab Al-Rahabi | 00037 | 45 |
| 04-CV-1254 | Kennedy | Majid Mahmoud Ahmed | 00041 | 47 |
| 04-CV-1254 | Kennedy | Makhtar Yahia Naji Al-Wrafie | 00117 | 49 |
| 04-CV-1254 | Kennedy | Adnan Farhan Abdul Latif | 00156 | 51 |
| 04-CV-1254 | Kennedy | Adil Saeed El Haj Obaid | 00165 | 53 |
| 04-CV-1254 | Kennedy | Salman Yahaldi Hsan Mohammed Saud | 00508 | 55 |
| 04-CV-1254 | Kennedy | Yasein Khasem Mohammad Esmail | 00522 | 57 |
| 04-CV-1254 | Kennedy | Jamal Mar'I | 00577 | 59 |
| 04-CV-1254 | Kennedy | Mohamed Mohamed Hassan Odaini | 00681 | 61 |
| 05-CV-0247 | Kennedy | Mahmood Salim Al-Mohammed | 00537 | 75 |
| 05-CV-2199 | Kennedy | Abd Al Hakim Ghalib Ahmad Alhag | 00686 | 229 |
| 05-CV-2479 | Kennedy | Ravil Mingazov | 00702 | 273 |
| 05-CV-2479 [consol. with 05-2479] | Kennedy | Zainulabidin Merozhev | 01095 | 275 |
| 06-CV-1668 | Kennedy | Tariq Ali Abdullah Ba Odah | 00178 | 279 |
| 06-CV-1668 | Kennedy | Mohammed Abdullah Mohammed Ba Odah | 00249 | 281 |
| 06-CV-1765 | Kennedy | Iyob Murshad Ali Saleh | 00836 | 291 |
| 06-CV-1766 | Kennedy | Fadhel Hussein Saleh Hentif | 00259 | 293 |
| 07-CV-2337 | Kennedy | Ridah Bin Saleh Al Yazidi | 00038 | 301 |
| 07-CV-2338 | Kennedy | Abdurrahman Abdallah Ali Mahmoud Al Shubati | 00224 | 303 |
| 08-CV-1153 | Kennedy | Mohammed Sulaymon Barre | 00567 | 314 |
| 04-CV-2035 | Kessler | Jarallah Al-Marri | 00334 | 67 |
| 05-CV-0280 | Kessler | Muhammad Al-Adahi | 00033 | 82 |
| 05-CV-0280 | Kessler | Muhammad Ali Abdullah Bawazir | 00440 | 84 |

# INDEX -- Individual status reports listed by judge assignment

| | | | | |
|---|---|---|---|---|
| 05-CV-0280 | Kessler | Suleiman Awadh Bin Aqil Al-Nahdi | 00511 | 86 |
| 05-CV-0280 | Kessler | Fahmi Salem Al-Assani | 00554 | 88 |
| 05-CV-0280 | Kessler | Zahir Omar Khamis Bin Hamdoon | 00576 | 90 |
| 05-CV-0359 | Kessler | Rafiq Bin Bashir Bin Jallul Alhami | 00892 | 94 |
| 05-CV-0359 | Kessler | Mohammed Abdul Rahman | 00894 | 96 |
| 05-CV-1347 | Kessler | Farhi Saeed bin Mohammed | 00311 | 150 |
| 05-CV-1457 | Kessler | Jihad Dhiab | 00722 | 158 |
| 05-CV-1601 | Kessler | Hamid Al Razak | 01119 | 193 |
| 05-CV-1678 | Kessler | Alla Ali Bin Ali Ahmed | 00692 | 207 |
| 06-CV-1684 | Kessler | Mohammed Ahmed Taher | 00679 | 283 |
| 06-CV-1690 | Khan | Majid Khan | 10020 | 285 |
| 02-CV-0828 | Kollar-Kotelly | Khalid Abdullah Mishal Al Mutairi | 00213 | 1 |
| 02-CV-0828 | Kollar-Kotelly | Fawzi Khalid Abdullah Fahad Al Odah | 00232 | 3 |
| 02-CV-0828 | Kollar-Kotelly | Fwad Mahmoud Al Rabiah | 00551 | 5 |
| 02-CV-0828 | Kollar-Kotelly | Fayiz Mohammed Ahmed Al Kandari | 00552 | 7 |
| 04-CV-2046 | Kollar-Kotelly | Ahcene Zemiri | 00533 | 69 |
| 05-CV-0764 | Kollar-Kotelly | Abdul Latif Mohammed Nasser | 00244 | 120 |
| 05-CV-0892 | Kollar-Kotelly | Ali Hussian Mohammad Muety Shaaban | 00327 | 128 |
| 05-CV-1244 | Kollar-Kotelly | Tariq Mahmoud Alsawam | 00535 | 148 |
| 05-CV-1638 | Kollar-Kotelly | Mohammed Rajeb Abu Ghanem | 00044 | 201 |
| 05-CV-2380 | Kollar-Kotelly | Zakaria Al-Baidany | 01017 | 249 |
| 08-CV-1104 | Kollar-Kotelly | Bashir Ghalaab | 00175 | 312 |
| 05-CV-1497 | Lamberth | Adil Bin Muhammad Al Wirghi | 00502 | 164 |
| 05-CV-1592 | Lamberth | Hassan Bin Attash | 01456 | 191 |
| 05-CV-2371 | Lamberth | Ahmad Mohammed Al Darbi | 00768 | 243 |
| 05-CV-0023 | Roberts | Hani Saleh Rashid Abdullah | 00841 | 73 |
| 05-CV-0634 | Roberts | Omer Saeed Salem Al Daini | 00549 | 110 |
| 05-CV-1236 [consol. with 05-1623] | Roberts | Abdulzaher | 00753 | 146 |
| 05-CV-2088 | Roberts | Khaled Abd Elgabar Mohammed Othman | 00163 | 217 |
| 05-CV-2367 | Roberts | Abdul Haq | 00004 | 235 |
| 05-CV-2367 | Roberts | Mohammad Wabi Umari | 00832 | 237 |
| 05-CV-2367 | Roberts | Mohammad Zahir | 01103 | 239 |
| 05-CV-2367 | Roberts | Mohammad Rahim | 01104 | 241 |
| 05-CV-2384 | Roberts | Saad Al Qahtaani | 00200 | 251 |
| 05-CV-2384 | Roberts | Mohammed Zahrani | 00713 | 253 |
| 06-CV-0618 | Roberts | Abdulli Feghoul | 00292 | 277 |
| 05-CV-0270 [consol. with 05-270] | Robertson | Sherif el-Mashad | 00190 | 77 |

# INDEX -- Individual status reports listed by judge assignment

| | | | | |
|---|---|---|---|---|
| 05-CV-0270 [consol. with 05-270] | Robertson | Adel Fattouh Aly Ahmed Algazzar | 00369 | 80 |
| 05-CV-0492 | Robertson | Ahamed Abdul Aziz | 00757 | 100 |
| 05-CV-0569 | Robertson | Mohammedou Ould Salahi | 00760 | 108 |
| 05-CV-0877 | Robertson | Khiali-Gul | 00928 | 122 |
| 05-CV-1189 | Robertson | Omar Mohammed Khalifh | 00695 | 142 |
| 05-CV-1555 [consol. With 05-CV-1725] | Robertson | Ibrahim Osman Ibrahim Idris | 00036 | 189 |
| 05-CV-1704 | Robertson | Arkeen Doe | 00103 | 209 |
| 05-CV-1704 | Robertson | Sadar Doe | 00277 | 211 |
| 05-CV-2185 | Robertson | Abdu Al-Qader Hussain Al-Mudafari | 00040 | 225 |
| 05-CV-2379 | Robertson | Adham Mohammed Ali Awad | 00088 | 247 |
| 05-CV-0520 | Urbina | Abdul Rahman Shalby | 00042 | 102 |
| 05-CV-0526 | Urbina | Abd Al Nisr Khan Tumani | 00307 | 104 |
| 05-CV-0526 | Urbina | Muhammed Khan Tumani | 00312 | 106 |
| 05-CV-0993 | Urbina | Mohammad Mustafa Sohail | 01008 | 130 |
| 05-CV-0998 | Urbina | Arkan Mohammad Ghafil Al Karim | 00653 | 134 |
| 05-CV-1048 | Urbina | Abdulsalam Ali Abdulrahman Al-Hela | 01463 | 138 |
| 05-CV-1220 | Urbina | Abu Abdul Rauf Zalita | 00709 | 144 |
| 05-CV-1429 | Urbina | Saeed Mohammed Saleh Hatim | 00255 | 154 |
| 05-CV-1429 | Urbina | Mohammed Nasser Yahia Abdullah Khussrof | 00509 | 156 |
| 05-CV-1509 | Urbina | Abdusabur Doe | 00275 | 173 |
| 05-CV-1509 | Urbina | Abdunasir Doe | 00278 | 175 |
| 05-CV-1509 | Urbina | Khalid Doe | 00280 | 177 |
| 05-CV-1509 | Urbina | Saabir Doe | 00282 | 179 |
| 05-CV-1509 | Urbina | Jalaal Doe | 00285 | 181 |
| 05-CV-1509 | Urbina | Abdusamad Doe | 00295 | 183 |
| 05-CV-1509 | Urbina | Hudhaifa Doe | 00320 | 185 |
| 05-CV-1509 | Urbina | Hammad Doe | 00328 | 187 |
| 05-CV-1607 | Urbina | Abdul Raheem Ghulam Rabbani | 01460 | 197 |
| 05-CV-1607 | Urbina | Ahmmed Ghulam Rabbani | 01461 | 199 |
| 05-CV-1983 | Urbina | Ismail Alkhemisi | 00708 | 215 |
| 05-CV-2385 | Urbina | Sabry Mohammed | 00570 | 255 |
| 05-CV-2385 | Urbina | Muhammed Saad Iqbal Madni | 00743 | 255 |
| 05-CV-2385 | Urbina | Saki Bacha | 00900 | 255 |
| 05-CV-2385 | Urbina | Mohammed Kameen | 01045 | 255 |
| 06-CV-1767 | Urbina | Mashour Abdullah Muqbel Alsabri | 00324 | 295 |
| 06-CV-1767 | Urbina | Mohamed Al-Zarnouqi | 00691 | 297 |
| 04-CV-1164 | Walton | Falen Gherebi | 00189 | 11 |
| 05-CV-0883 | Walton | Karin Bostan | 00975 | 124 |
| 05-CV-0999 | Walton | Asim Ben Thabit Al-Khalaqi | 00152 | 136 |

# INDEX -- Individual status reports listed by judge assignment

| | | | | |
|---|---|---|---|---|
| 05-CV-2104 | Walton | Ali Hamza Ahmed Suliman Bahlool | 00039 | 219 |
| 05-CV-2104 | Walton | Othman Ali Mohammed Al Shamrany | 00171 | 221 |
| 05-CV-2104 | Walton | Abdul Al Qader Ahmed Hussain | 00690 | 223 |
| 05-CV-2386 | Walton | Ahmed Omar | 00030 | 260 |
| 05-CV-2386 | Walton | Alkhadr Abdullah Al Yafie | 00034 | 260 |
| 05-CV-2386 | Walton | Edress LNU | 00035 | 260 |
| 05-CV-2386 | Walton | Saif Ullah | 00046 | 260 |
| 05-CV-2386 | Walton | Mohammed Al Palestini | 00049 | 260 |
| 05-CV-2386 | Walton | Abd Al Zaher | 00089 | 260 |
| 05-CV-2386 | Walton | Adil Bin Mabrouk | 00148 | 260 |
| 05-CV-2386 | Walton | Sharaf Al Sanani | 00170 | 260 |
| 05-CV-2386 | Walton | Abdul-rahman Abdo Abulghaith Sulaiman | 00223 | 260 |
| 05-CV-2386 | Walton | Abdullah Bo Omer Hamza Yoyej | 00257 | 260 |
| 05-CV-2386 | Walton | Abdurahman LNU | 00281 | 260 |
| 05-CV-2386 | Walton | Abu Rawda | 00326 | 260 |
| 05-CV-2386 | Walton | Bilal LNU | 00330 | 260 |
| 05-CV-2386 | Walton | Mustafa Al Shamili | 00434 | 260 |
| 05-CV-2386 | Walton | Abdurahman LNU | 00441 | 260 |
| 05-CV-2386 | Walton | Jabbarov Oybek Jamolovich | 00452 | 260 |
| 05-CV-2386 | Walton | Ali LNU | 00455 | 260 |
| 05-CV-2386 | Walton | Mohammed Ahmed Saweed Hidar | 00498 | 260 |
| 05-CV-2386 | Walton | Maher El Falesteny | 00519 | 260 |
| 05-CV-2386 | Walton | Adel LNU | 00584 | 260 |
| 05-CV-2386 | Walton | Mohammed Abdullah Taha Mattan | 00684 | 260 |
| 05-CV-2386 | Walton | Abdal Razak Ali | 00685 | 260 |
| 05-CV-2386 | Walton | Abdulaziz LNU | 00687 | 260 |
| 05-CV-2386 | Walton | Mohammed Ahmed Slam Al-Khateeb | 00689 | 260 |
| 05-CV-2386 | Walton | Samir LNU | 00707 | 260 |
| 05-CV-2386 | Walton | Jamil Ahmad Saeed | 00728 | 260 |
| 05-CV-2386 | Walton | Abdul Aziz Naji | 00744 | 260 |
| 05-CV-2386 | Walton | Tofiq Nasser Awadh Al Bihani | 00893 | 260 |
| 05-CV-2386 | Walton | Sanad Ali Alkaliemi | 01453 | 260 |
| 05-CV-2386 | Walton | Shargowi LNU | 01457 | 260 |
| 07-CV-1710 | Walton | Abdulrahman Muhammad Saleh Nasser | 00115 | 299 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 02-CV-0828 (CKK) |
| | ) | |

## **STATUS REPORT**

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Khalid Abdullah Mishal Al Mutairi, a national of Kuwait, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 213.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend.  The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action.  Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed a complaint on 5/1/2002.  On 7/27/2004, "for the purposes of clarifying the record," petitioner filed an application for a writ of habeas corpus [dkt # 44].  The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ Judry Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

000002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action No. 02-CV-0828 (CKK) |
| | ) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Fawzi Khalid Abdullah Fahad Al Odah, a national of Kuwait, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 232.

2)    The Protective Order has been entered in this case.

3)    The detainee has directly authorized this petition.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed a complaint on 5/1/2002. On 7/27/2004, "for the purposes of clarifying the record," petitioner filed an application for a writ of habeas corpus [dkt # 44]. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                          /s/  Judry Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 02-CV-0828 (CKK) |

## **STATUS REPORT**

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Fwad Mahmoud Al Rabiah, a national of Kuwait, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 551.

2)      The Protective Order has been entered in this case.

3)      The detainee has directly authorized this petition.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed a complaint on 5/1/2002. On 7/27/2004, "for the purposes of clarifying the record," petitioner filed an application for a writ of habeas corpus [dkt # 44]. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


     /s/  Judry Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action No. 02-CV-0828 (CKK) |
| | ) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Fayiz Mohammed Ahmed Al Kandari, a national of Kuwait, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 552.

2)      The Protective Order has been entered in this case.

3)      The detainee has directly authorized this petition.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed a complaint on 5/1/2002.  On 7/27/2004, "for the purposes of clarifying the record," petitioner filed an application for a writ of habeas corpus [dkt # 44].  The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         ___/s/  Judry Subar_____
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action Nos. 04-CV-1136 (JDB); |
| | ) | 05-CV-2386 (RBW) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Omar Khadr, a national of Canada, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 766. This petitioner appears in more than one petition pending before this Court, as captioned above.[1] The respondents submit that the first petition filed is operative, and thus all later-filed petitions should be dismissed in accordance with the Joint Status Report filed with this Court.

2)    The Protective Order has been entered in this case.

3)    The detainee has directly authorized this petition.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/2/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

---

[1] Petitioner is identified as Omar Ahmad in the petition filed in *Mohammon v. Bush*, No. 05-cv-2386 (RBW).

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ Judry Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1164 (RBW) |

## **STATUS REPORT**

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned

counsel for the respondents states the following status of this case:

1)      Falen Gherebi, a national of Libya, is the detainee-petitioner in this habeas corpus

case.  The petitioner is currently detained by the Armed Forces of the United States at

Guantanamo Bay, Cuba, and is identified by Internment Serial Number 189.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend.  The Protective Order

was entered in this case, so counsel has had the opportunity to visit the petitioner and receive

direct authorization to pursue the action.  Because such authorization has not been filed,

however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel

should be required to demonstrate direct authorization from the petitioner before merits-related

matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of

Defense determined the petitioner to be an enemy combatant.  The petitioner has not been

approved for release or transfer from Guantanamo Bay by the Department of Defense.  The

petitioner has not been charged with crimes triable by military commission under the Military

Commissions Act of 2006.

5)    The petitioner's writ of habeas corpus, filed in the Central District of California, was transferred to this Court by the Ninth Circuit on 7/12/04. The respondent has filed the CSRT record, styled as a "factual return," in this case.


Dated: July 18, 2008

<div style="margin-left:40%">

Respectfully Submitted,


GREGORY G. KATSAS
Assistant Attorney General


JOHN C. O'QUINN
Deputy Assistant Attorney General



/s/ Judry L. Subar_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 514-3755
Fax: (202) 616-8470


Attorneys for Respondents

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                            |     |                                       |
| -------------------------- | --- | ------------------------------------- |
|                            | )   |                                       |
| IN RE:                     | )   |                                       |
|                            | )   | Misc. No. 08-442 (TFH)                |
| GUANTANAMO BAY             | )   |                                       |
| DETAINEE LITIGATION        | )   | Civil Action No. 04-CV-1194 (HHK)     |
|                            | )   |                                       |

### STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Ali Ahmed Mohammed Al Rezehi, a national of Yemen, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 45.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend.  The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action.  Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004.  The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

/s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )  Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | )  Civil Action No. 04-CV-1194 (HHK) |
| | ) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Ali Yahya Mahdi, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 167.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                              )
IN RE:                        )
                              )        Misc. No. 08-442 (TFH)
GUANTANAMO BAY                 )
DETAINEE LITIGATION            )        Civil Action No. 04-CV-1194 (HHK)
                              )
```

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Saeed Ahmed Mohammed Al Sarim, a national of Yemen, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 235.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend.  The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action.  Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004.  The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                          Respectfully Submitted,

                                               GREGORY G. KATSAS
                                               Assistant Attorney General

                                               JOHN C. O'QUINN
                                               Deputy Assistant Attorney General

                                               /s/ Judry L. Subar
                                               JOSEPH H. HUNT (D.C. Bar No. 431134)
                                               VINCENT M. GARVEY (D.C. Bar No. 127191)
                                               JUDRY L. SUBAR
                                               TERRY M. HENRY
                                               ANDREW I. WARDEN
                                               PAUL E. AHERN
                                               Attorneys
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Avenue N.W.
                                               Washington, DC  20530
                                               Tel:  (202) 514-3755
                                               Fax:  (202) 616-8470

                                               Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1194 (HHK) |
| | ) | |

---

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Khaled Ahmed Qassim Muse'd, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 242.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action Nos. 04-CV-1194 (HHK); |
| | ) 05-CV-2386 (RMU) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1) Riyad Atag Ali Abdoh Al Haj, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 256. This petitioner appears in more than one petition pending before this Court, as captioned above. The respondents submit that the first petition filed is operative, and thus all later-filed petitions should be dismissed in accordance with the Joint Status Report filed with this Court.

2) The Protective Order has been entered in this case.

3) The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4) A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military

Commissions Act of 2006.

     5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.


Dated: July 18, 2008             Respectfully Submitted,

                              GREGORY G. KATSAS
                              Assistant Attorney General

                              JOHN C. O'QUINN
                              Deputy Assistant Attorney General

                              */s/ Judry L. Subar*
                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                              JUDRY L. SUBAR
                              TERRY M. HENRY
                              ANDREW I. WARDEN
                              PAUL E. AHERN
                              Attorneys
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              20 Massachusetts Avenue N.W.
                              Washington, DC 20530
                              Tel: (202) 514-3755
                              Fax: (202) 616-8470

                              Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action No. 04-CV-1194 (HHK) |
| | ) |

### STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Abdul Khaleq Ahmed Sahleh Al-Baidhani, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 553.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                          )
                                )
                                )      Misc. No. 08-442 (TFH)
GUANTANAMO BAY                  )
DETAINEE LITIGATION             )      Civil Action No. 04-CV-1194 (HHK)
                                )

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Jalal Salim Bin Amer, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 564.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: )
)
GUANTANAMO BAY )
DETAINEE LITIGATION )

Misc. No. 08-442 (TFH)

Civil Action No. 04-CV-1194 (HHK)

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1) Suhail Abdoh Anam, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 569.

2) The Protective Order has been entered in this case.

3) The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4) A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5) The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action No. 04-CV-1194 (HHK) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Abdulaziz Abdoh Abdullah Ali Al Swidhi, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 578.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                       Respectfully Submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JOHN C. O'QUINN
                                            Deputy Assistant Attorney General


                                            /s/ Judry L. Subar
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN
                                            PAUL E. AHERN
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue N.W.
                                            Washington, DC  20530
                                            Tel:  (202) 514-3755
                                            Fax:  (202) 616-8470

                                            Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) Civil Action No. 04-CV-1194 (HHK) |
| | ) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Emad Abdullah Hassan, a national of Yemen, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 680.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend.  The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action.  Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed this petition for a writ of habeas corpus on 7/15/2004.  The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         */s/ Judry L. Subar*
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1194 (HHK) |
| | ) | |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Fahmi Abdullah Ahmed Al Tawlaqi, a national of Yemen, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 688.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend.  The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action.  Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed this petition for a writ of habeas corpus on 7/15/2004.  The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1194 (HHK) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Bashir Nasir Ali Al Marwalah, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 837.

2)    The Protective Order has been entered in this case.

3)    The detainee has provided a direct authorization of representation.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated: July 18, 2008                Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

*/s/ Judry L. Subar*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 514-3755
Fax: (202) 616-8470

Attorneys for Respondents

000036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1194 (HHK) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned

counsel for the respondents states the following status of this case:

       1)     Musa'ab Omar Al Mudwani, a national of Yemen, is the detainee-petitioner in this

habeas corpus case. The petitioner is currently detained by the Armed Forces of the United

States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 839.

       2)     The Protective Order has been entered in this case.

       3)     The detainee is represented in this petition by a next friend. The Protective Order

was entered in this case, so counsel has had the opportunity to visit the petitioner and receive

direct authorization to pursue the action. Because such authorization has not been filed,

however, it is unknown whether the petitioner consents to this matter proceeding. Counsel

should be required to demonstrate direct authorization from the petitioner before merits-related

matters are scheduled in this case.

       4)     A Combatant Status Review Tribunal ("CSRT") convened by the Department of

Defense determined the petitioner to be an enemy combatant. The petitioner has not been

approved for release or transfer from Guantanamo Bay by the Department of Defense. The

petitioner has not been charged with crimes triable by military commission under the Military

Commissions Act of 2006.

       5)     The petitioner filed this petition for a writ of habeas corpus on 7/15/2004. The

respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                              Respectfully Submitted,

                                                   GREGORY G. KATSAS
                                                   Assistant Attorney General

                                                   JOHN C. O'QUINN
                                                   Deputy Assistant Attorney General


                                                   /s/ Judry L. Subar
                                                   JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                   VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                   JUDRY L. SUBAR
                                                   TERRY M. HENRY
                                                   ANDREW I. WARDEN
                                                   PAUL E. AHERN
                                                   Attorneys
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue N.W.
                                                   Washington, DC  20530
                                                   Tel:  (202) 514-3755
                                                   Fax:  (202) 616-8470

                                                   Attorneys for Respondents

N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1254 (HHK) |

### STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Othman Abdulraheem Mohammad, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 27.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) | Civil Action No. 04-CV-1254 (HHK) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Mahmoad Abdah, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 31.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/  Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) ) | Civil Action No. 04-CV-1254 (HHK) |

## **STATUS REPORT**

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Farouk Ali Ahmed Saif, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 32.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         /s/  Judry L. Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

000044

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action Nos. 04-CV-1254 (HHK); |
| | ) | 05-CV-2386 (RBW) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)     Abdulmalik Abdulwahhab Al-Rahabi, a national of Yemen, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 37.  This petitioner appears in more than one petition pending before this Court, as captioned above.  The respondents submit that the first petition filed is operative, and thus all later-filed petitions should be dismissed in accordance with the Joint Status Report filed with this Court.

2)     The Protective Order has been entered in this case.

3)     The detainee is represented in this petition by a next friend.  The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action.  Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)     A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant.  The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense.  The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/27/2004.  The

respondent has filed the CSRT record, styled as a "factual return," in this case.


Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         /s/  Judry L. Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1254 (HHK) |

## **STATUS REPORT**

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned

counsel for the respondents states the following status of this case:

1)      Majid Mahmoud Ahmed, a national of Yemen, is the detainee-petitioner in this

habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United

States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 41.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend.  The Protective Order

was entered in this case, so counsel has had the opportunity to visit the petitioner and receive

direct authorization to pursue the action.  Because such authorization has not been filed,

however, it is unknown whether the petitioner consents to this matter proceeding.  Counsel

should be required to demonstrate direct authorization from the petitioner before merits-related

matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of

Defense determined the petitioner to be an enemy combatant.  The petitioner has not been

approved for release or transfer from Guantanamo Bay by the Department of Defense.  The

petitioner has not been charged with crimes triable by military commission under the Military

Commissions Act of 2006.

5)      The petitioner filed this petition for a writ of habeas corpus on 7/27/2004.  The

respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/_Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                    )
                                          )
                                          )    Misc. No. 08-442 (TFH)
GUANTANAMO BAY                            )
DETAINEE LITIGATION                      )    Civil Action No. 04-CV-1254 (HHK)
                                          )

### STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Makhtar Yahia Naji Al-Wrafie, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 117.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

000049

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         /s/ Judry L. Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                    )
                                          )
                                          )    Misc. No. 08-442 (TFH)
GUANTANAMO BAY                            )
DETAINEE LITIGATION                       )    Civil Action No. 04-CV-1254 (HHK)
                                          )

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)     Adnan Farhan Abdul Latif, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 156.

2)     The Protective Order has been entered in this case.

3)     The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)     A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)     The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         /s/  Judry L. Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )    Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | )    Civil Action No. 04-CV-1254 (HHK) |
| | ) |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)      Adil Saeed El Haj Obaid, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 165.

2)      The Protective Order has been entered in this case.

3)      The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)      A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)      The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/  Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

000054

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | ) |
|  | ) |
|  | ) |
| GUANTANAMO BAY | ) |
| DETAINEE LITIGATION | ) |
|  | ) |

Misc. No. 08-442 (TFH)

Civil Action No. 04-CV-1254 (HHK)

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1)    Salman Yahaldi Hsan Mohammed Saud, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 508.

2)    The Protective Order has been entered in this case.

3)    The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5)    The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

000055

Dated:  July 18, 2008                    Respectfully Submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                         /s/ Judry L. Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN
                                         PAUL E. AHERN
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 514-3755
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: )
)
)
GUANTANAMO BAY )
DETAINEE LITIGATION )
)

Misc. No. 08-442 (TFH)

Civil Action No. 04-CV-1254 (HHK)

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1) Yasein Khasem Mohammad Esmail, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 522.

2) The Protective Order has been entered in this case.

3) The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4) A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5) The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/  Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents

000058

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | Civil Action No. 04-CV-1254 (HHK) |
| | ) | |

## STATUS REPORT

Pursuant to paragraph 1 of this Court's July 11, 2008 Scheduling Order, undersigned counsel for the respondents states the following status of this case:

1) Jamal Mar'I, a national of Yemen, is the detainee-petitioner in this habeas corpus case. The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 577.

2) The Protective Order has been entered in this case.

3) The detainee is represented in this petition by a next friend. The Protective Order was entered in this case, so counsel has had the opportunity to visit the petitioner and receive direct authorization to pursue the action. Because such authorization has not been filed, however, it is unknown whether the petitioner consents to this matter proceeding. Counsel should be required to demonstrate direct authorization from the petitioner before merits-related matters are scheduled in this case.

4) A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has not been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

5) The petitioner filed this petition for a writ of habeas corpus on 7/27/2004. The respondent has filed the CSRT record, styled as a "factual return," in this case.

000059

Dated:  July 18, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


/s/  Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR
TERRY M. HENRY
ANDREW I. WARDEN
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 514-3755
Fax:  (202) 616-8470

Attorneys for Respondents