UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br>Civil Action Nos. 04-CV-1254 and,<br>04-CV-1194, 04-CV-1937, 04-CV-2022,<br>04-CV-2215, 05-CV-0270, 05-CV-0329,<br>05-CV-0359, 05-CV-0492, 05-CV-0520,<br>05-CV-0526, 05-CV-0748, 05-CV-0764,<br>05-CV-0877, 05-CV-0883, 05-CV-0892,<br>05-CV-0993, 05-CV-0999, 05-CV-1124,<br>05-CV-1244, 05-CV-1347, 05-CV-1429,<br>05-CV-1457, 05-CV-1490, 05-CV-1555,<br>05-CV-1592, 05-CV-1601, 05-CV-1607,<br>05-CV-1623, 05-CV-1638, 05-CV-1678,<br>05-CV-1983, 05-CV-2104, 05-CV-2185,<br>05-CV-2186, 05-CV-2249 05-CV-2349,<br>05-CV-2367, 05-CV-2379, 05-CV-2380,<br>05-CV-2386, 05-CV-2479, 06-CV-1668,<br>06-CV-1766, 06-CV-1767, 07-CV-1710,<br>07-CV-2337, 07-CV-2338, 08-CV-1221,<br>08-CV-0987, 08-CV-1185, 08-CV-1230,<br>08-CV-1231, 08-CV-1233, 08-CV-1235,<br>08-CV-1236, 08-CV-1237, 08-CV-1238,<br>08-CV-1440<br><br>Counsel in each of the above cases will file separate notices listing the individual Petitioners who are joining this motion. |

**NOTICE OF FILING AND SUMMARY OF PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER**

As required by the Amended Protective Order in this matter, undersigned counsel hereby give notice that on September 8, 2008, a copy of Petitioners' Response To Respondents' Motion For Relief From Scheduling Order was delivered to the Court Security Officer for clearance for public filing.

The Response asks the Court to strike or deny Respondents' Motion and to enforce compliance with the Court Order of July 11, 2008.

The Response will be filed via the Electronic Case Filing ("ECF") system when it has been cleared for public viewing by the Court Security Office.

          Respectfully submitted,

          /s/

          _____

          David H. Remes
          D.C. Bar. No. 370372
          APPEAL FOR JUSTICE
          1106 Noyes Drive
          Silver Spring, MD 20910
          (202) 669-6508 (phone)
          remesdh@gmail.com

          S. William Livingston
          D.C. Bar. No. 59005
          Alan A. Pemberton
          D.C. Bar. No. 367108
          COVINGTON & BURLING LLP
          1201 Pennsylvania Ave., N.W.
          Washington, DC 20004-2401
          (202) 662-6000 (phone)
          (202) 778-6000 (fax)
          wlivingston@cov.com
          apemberton@cov.com

          Marc D. Falkoff
          D.C. Bar No. 491149
          NORTHERN ILLINOIS UNIVERSITY
          COLLEGE OF LAW
          DeKalb, IL 60614
          (347) 564-5043 (phone)
          (815) 753-9301 (fax)
          mdf19@columbia.edu

          *Counsel for Petitioners*
          *Civil Action No. 04-CV-1254*

September 8, 2008
Washington, DC