IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL QADER AHMED HUSSEIN (ISN 690), <br><br> Petitioners, <br><br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2104 (RBW) |
| WALID ABU HIJAZI (ISN 049), <br> MOHAMMED AHMED SAWEED HIDAR (ISN 498), <br> MAHER EL FALESTENY (ISN 519), <br> JAMIL AHMAD SAEED (ISN 728) <br> Petitioners, <br><br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-CV-2386 (RBW) |
| ABDUL RAHMAN UMIR AL QYATI (ISN 461), <br><br> Petitioners, <br><br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 08-CV-2019 (RBW) |

## **NOTICE OF FILING OF PROTECTED INFORMATION**

NOTICE is hereby given that, pursuant to the protective order entered in the above-captioned case, Respondents have submitted status reports that Respondents seek to have designated as "protected information." In accordance with paragraph 49 of the protective order, the motion was filed under seal pursuant to Local Civil Rule 5.1(j). The filings cannot be described in any greater detail without disclosing the substance of the protected information.

Dated: October 14, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

JAMES J. GILLIGAN
TERRY M. HENRY
Assistant Branch Directors

　/S/
ANDREW I. WARDEN (IN Bar. 23840-49)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084

Attorneys for Respondents